Royal F. Oakes (080480), roakes@barwol.com
Michael A. S. Newman (205299), mnewman@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE
COMPANY

ORIGINAL FILED
07 MAY 16 PM 3:22
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

EMC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASE NO. C 07 2597

| | |
|---|---|
| EDWARD CONTRERAS, | CERTIFICATE OF INTERESTED PARTIES |
| Plaintiff, | |
| vs. | [Filed concurrently with: |
| METROPOLITAN LIFE INSURANCE COMPANY, THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE and DOES 1 - 50, inclusive, | - Notice of Removal; |
| | - Corporate Disclosure Statement; |
| | - Civil Cover Sheet; and |
| | - Certificate of Service] |
| Defendants. | Complaint Filed: April 10, 2007 |

FAXED

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7197\184\07pleadings\removal cert of interested parties_fed.doc

TO THE HONORABLE COURT, AND TO THE PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned, counsel of record for Defendant Metropolitan Life Insurance Company, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case:

- Metropolitan Life Insurance Company

This representation is made to enable this Court to evaluate possible disqualification or recusal, and is pursuant to and in furtherance of the Local Rules.

Dated: May __, 2007

BARGER & WOLEN LLP

By: _____
ROYAL F. OAKES
MICHAEL A. S. NEWMAN
Attorneys for Defendant
Metropolitan Life Insurance
Company

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071-2043.

On May 16, 2007, I served the foregoing document(s) described as CERTIFICATE OF INTERESTED PARTIES on the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope addressed as stated in the attached mailing list.

| | |
|---|---|
| Ray Bourhis, Esq.<br>Bourhis & Mann<br>1050 Battery Street<br>San Francisco, California 94111<br>Telephone No.: (415) 392-4660<br>Facsimile No.: (415) 421-0259 | Counsel for Plaintiff<br>EDWARD CONTRERAS |

[X] **BY MAIL**

[X] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE**

[ ] I caused such envelope to be delivered to a commercial messenger service with instructions to personally deliver same to the offices of the addressee on this date.

[ ] **BY FACSIMILE**

[ ] By transmitting an accurate copy via facsimile to the person and telephone number as follows: **Ray Bourhis, Esq. (Fax No. 415-421-0259)**

[X]     **(FEDERAL)**     I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Los Angeles, California on May 16, 2007.

MELANIE A. TAVERA                    /s/ Melanie A. Tavera
(Name)                                         (Signature)

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7197\184\07pleadings\proof - federal.doc