Royal F. Oakes (080480), roakes@barwol.com
Michael A. S. Newman (205299), mnewman@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE
COMPANY

E-filing

EMC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C 07 2597

| | |
|---|---|
| EDWARD CONTRERAS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE and DOES 1 - 50, inclusive;<br><br>　　　　Defendants. | CASE NO.<br><br>DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT<br><br>[Filed concurrently with:<br>- Notice of Removal;<br>- Certificate of Interested Parties;<br>- Civil Cover Sheet; and<br>- Certificate of Service]<br><br>Complaint Filed: April 10, 2007 |

FAXED

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7197\184\07pleadings\removal corporate disclosure_fed.doc

TO THE HONORABLE COURT, AND TO THE PLAINTIFF AND HIS ATTORNEYS OF RECORD:

The undersigned, counsel of record for Defendant, Metropolitan Life Insurance Company, hereby makes the following disclosure statement pursuant to FRCP 7.1:

- Metropolitan Life Insurance Company is a subsidiary of MetLife, Inc., a publicly traded company.

Dated: May 16, 2007

BARGER & WOLEN LLP

By: _____
ROYAL F. OAKES
MICHAEL A. S. NEWMAN
Attorneys for Defendant
Metropolitan Life Insurance
Company

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071-2043.

On May 16, 2007, I served the foregoing document(s) described as **DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT** on the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope addressed as stated in the attached mailing list.

**Ray Bourhis, Esq.**　　　　　　　　　　**Counsel for Plaintiff**
**Bourhis & Mann**　　　　　　　　　　　**EDWARD CONTRERAS**
**1050 Battery Street**
**San Francisco, California 94111**
**Telephone No.: (415) 392-4660**
**Facsimile No.: (415) 421-0259**

[X] **BY MAIL**

[X] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE**

[ ] I caused such envelope to be delivered to a commercial messenger service with instructions to personally deliver same to the offices of the addressee on this date.

[ ] **BY FACSIMILE**

[ ] By transmitting an accurate copy via facsimile to the person and telephone number as follows: **Ray Bourhis, Esq. (Fax No. 415-421-0259)**

[X]　　**(FEDERAL)**　　I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Los Angeles, California on May 16, 2007.

MELANIE A. TAVERA　　　　　　　　　　　/s/ Melanie A. Tavera
(Name)　　　　　　　　　　　　　　　　　(Signature)

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7197\184\07pleadings\proof - federal.doc