1  Royal F. Oakes (080480), roakes@barwol.com
   Michael A. S. Newman (205299), mnewman@barwol.com
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California 90071
   Telephone: (213) 680-2800
4  Facsimile: (213) 614-7399

5

6  Attorneys for Defendant
   METROPOLITAN LIFE INSURANCE
7  COMPANY

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11
                                    CASE NO. C 072597 EMC
12  EDWARD CONTRERAS,
                                    Magistrate Judge Edward M. Chen
13           Plaintiff,
                                    **PROOF OF SERVICE BY MAIL** OF
14      vs.                         LITIGATION GUIDELINES; ECF
                                    REGISTRATION INFORMATION
15  METROPOLITAN LIFE INSURANCE     HANDOUT; NOTICE OF
    COMPANY, THE COMMISSIONER       ASSIGNMENT OF CASE TO A
16  OF THE CALIFORNIA               UNITED STATES MAGISTRATE
    DEPARTMENT OF INSURANCE and     JUDGE FOR TRIAL; AND ORDER
17  DOES 1 - 50, inclusive,         SETTING INITIAL CASE
                                    MANAGEMENT CONFERENCE
18           Defendants.            AND ADR DEADLINES

19

20

21

22

23

24

25

26

27

28

i:\office7\7197\184\07pleadings\caption - pos of court docs.doc

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071-2043.

On May 17, 2007, I served the foregoing document(s) described as LITIGATION GUIDELINES; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; AND ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES on the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope addressed as stated in the attached mailing list.

| | |
|---|---|
| **Ray Bourhis, Esq.**<br>**Bourhis & Mann**<br>1050 Battery Street<br>San Francisco, California 94111<br>Telephone No.: (415) 392-4660<br>Facsimile No.: (415) 421-0259 | **Counsel for Plaintiff**<br>**EDWARD CONTRERAS** |

[X] **BY MAIL**

  [X] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE**

  [ ] I caused such envelope to be delivered to a commercial messenger service with instructions to personally deliver same to the offices of the addressee on this date.

[ ] **BY FACSIMILE**

  [ ] By transmitting an accurate copy via facsimile to the person and telephone number as follows: **Ray Bourhis, Esq. (Fax No. 415-421-0259)**

[X]   **(FEDERAL)**   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Los Angeles, California on May 17, 2007.

MELANIE A. TAVERA                               _____
(Name)                                          (Signature)

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7197\184\07pleadings\proof - federal.doc