# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD CONTRERAS,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE and DOES 1 - 50, inclusive,<br><br>    Defendants. | CASE NO. C 072597 EMC<br><br>Magistrate Judge Edward M. Chen<br><br>[PROPOSED] ORDER GRANTING METROPOLITAN LIFE INSURANCE COMPANY'S MOTION TO DISMISS<br><br>Date: July 11, 2007<br>Time: 10:30 a.m.<br>Dept.: Courtroom C |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

Defendant Metropolitan Life Insurance Company's ("MetLife") motion to dismiss certain claims asserted in the Complaint of Plaintiff Edward Contreras ("Contreras") based upon Contreras' failure to state claims upon which relief can be granted came on regularly for hearing before this Court. Appearances of counsel were noted in the record.

Having considered the moving, opposition and reply papers, all pleadings and the arguments of counsel, and for good cause shown, IT IS HEREBY ORDERED THAT:

1. Contreras' Third Cause of Action for Intentional Misrepresentation is dismissed with prejudice;

2. Contreras' Fourth Cause of Action for Intentional Infliction of Emotional Distress is dismissed with prejudice; and

3. Contreras' Fifth and Sixth Causes of Action against the Commissioner of the California Department of Insurance for a Writ of Mandate and for Declaratory Relief are dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: _____

UNITED STATES DISTRICT COURT

Submitted by:

BARGER & WOLEN LLP

By: /s/ Royal F. Oakes
ROYAL F. OAKES
Attorneys for Defendant
METROPOLITAN LIFE
INSURANCE COMPANY