Royal F. Oakes (080480), roakes@barwol.com
Michael A. S. Newman (205299), mnewman@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD CONTRERAS,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE and DOES 1 - 50, inclusive,<br><br>Defendants. | CASE NO.: C 07-02597 EMC<br><br>Hon. Edward M. Chen<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE<br><br>Courtroom:   C |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 31, 2007                         BARGER & WOLEN LLP

                                            By: /s/ Royal F. Oakes
                                            ROYAL F. OAKES
                                            Attorneys for Defendant
                                            METROPOLITAN LIFE
                                            INSURANCE COMPANY

i:\office7\7197\184\07pleadings\declination to proceed before a magistrate judge & request for reassignment to a u.s. district judge.doc