United States District Court
For the Northern District of California

1
2
3
4
5
6      UNITED STATES DISTRICT COURT
7      NORTHERN DISTRICT OF CALIFORNIA
8  EDWARD CONTRERAS,                              Case No. 07-2597 EMC
9          Plaintiff,
10
11         v.
12 METROPOLITAN LIFE INSURANCE
   COMPANY, et al.,
13
14         Defendants.
   _____/
15
16
           **NOTICE OF IMPENDING REASSIGNMENT TO**
17         **A UNITED STATES DISTRICT COURT JUDGE**
18
19     The Clerk of this Court will now randomly reassign this case to a United States District
20 Judge because either:
21     ( x )   One or more of the parties has requested reassignment to a United States District
22 Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or
23     ( )    One or more of the parties has sought a type of judicial action (e.g., a temporary
24 restraining order) that a United States Magistrate Judge may not take without the consent of all
25
26 parties, the necessary consents have not been secured, and time is of the essence.
27 ///
28

Any matters presently set before Magistrate Judge Chen, will be taken off calendar and counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new date.

Dated: June 1, 2007

Richard W. Wieking, Clerk
United States District Court

_____
By: Betty Fong, Deputy Clerk