Ray Bourhis, Esq. SBN 53196
Lawrence Mann, Esq. SBN 83698
**BOURHIS & MANN**
1050 Battery Street
San Francisco, CA 94111
Tel: (415) 392-4660; Fax: (415) 421-0259

Attorneys for Plaintiff, EDWARD CONTRERAS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD CONTRERAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE AND DOES 1-50, INCLUSIVE,<br><br>　　　　Defendants. | Case No.: C 07—02597 EMC<br><br>DECLINEATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: June 1, 2007　　　　BOURHIS & MANN

　　　　　　　　　　　　　　By: /s/ Lawrence Mann
　　　　　　　　　　　　　　　　Lawrence Mann
　　　　　　　　　　　　　　Attorneys for Plaintiff EDWARD CONTRERAS

---

1

Case No. CGC-07-02597 EMC
DECLINEATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST REASSIGNMENT
TO A UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

*Edward Contreras, v. Metropolitan Life Insurance Company, The Commissioner of the California Department of Insurance, and Does 1 through 20, Inclusive U.S. District Court, Northern District of California, Case No. C07-02597 EMC*

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 1050 Battery Street, San Francisco, California 94111. On June 1, 2007, I will serve the following documents:

DECLINEATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA: | COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE: |
|---|---|
| Royal Oakes, Esq.<br>Michael A. S. Newman, Esq.<br>BARGER & WOLEN<br>633 West Fifth Street, 47th Floor<br>Los Angeles, CA 90071<br>Phone: (213) 680-2800<br>Fax:    (213) 614-7399<br>Email: roakes@barwol.com<br>Email: mnewman@barwol.com | Julian Standen, Esq.<br>Deputy Attorney General<br>EDMUND G. BROWN, JR.<br>Attorney General of the State of California<br>Supervising Deputy Attorney General<br>455 Golden Gate Avenue, Suite 1100<br>San Francisco, CA  94102<br>Phone: (415) 703-1403<br>Fax: (415) 703-5480 |

(X) (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on June 1, 2007.

*(signature)*
Mary M. Martin