**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                         415.522.2000


**June 4, 2007**

**CASE NUMBER:  CV 07-02597 EMC**
**CASE TITLE:  EDWARD CONTRERAS-v-METROPOLITAN LIFE INS CO**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable JEFFREY S. WHITE** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 06/04/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                     Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                 Special Projects
Log Book Noted                                        Entered in Computer 06/04/07 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                               Transferor CSA