Royal F. Oakes (080480), roakes@barwol.com
Michael A. S. Newman (205299), mnewman@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD CONTRERAS, <br><br> Plaintiff, <br><br> vs. <br><br> METROPOLITAN LIFE INSURANCE COMPANY, THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE and DOES 1 - 50, inclusive, <br><br> Defendants. | CASE NO. C 072597 JSW <br><br> Hon. Jeffrey S. White <br><br> AMENDED NOTICE OF MOTION TO DISMISS <br><br> Date: August 31, 2007 <br> Time: 9:00 a.m. <br> Courtroom: 2 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

1  TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD:
3
4  PLEASE TAKE NOTICE that the Motion to Dismiss of defendant Metropolitan Life
5  Insurance Company ("MetLife") (previously noticed and set for hearing on July 11,
6  2007 at 10:30 a.m. in Courtroom C of the above-entitled Court) will now be heard **at
7  9:00 a.m. on August 31, 2007**, at Courtroom 2 of the above entitled-court, located at
8  450 Golden Avenue, San Francisco, California  94102.
9
10 Dated:  June 12, 2007                          BARGER & WOLEN LLP

By: _____
ROYAL F. OAKES
MICHAEL A. S. NEWMAN
Attorneys for Defendant
METROPOLITAN LIFE
INSURANCE COMPANY