IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD CONTRERAS,<br><br>    Plaintiff,<br><br>  v.<br><br>METROPOLITAN LIFE INSURANCE CO.;<br>COMMISSIONER OF THE CALIFORNIA<br>OF INSURANCE; and DOES 1-50, inclusive,<br><br>    Defendants.<br>_____/ | No. C 07-02597 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS** |

This matter is set for a hearing on August 31, 2007 on Defendant Metropolitan Life Insurance Company's motion to dismiss. The Court HEREBY ORDERS that any opposition to the motion shall be filed by no later than July 6, 2007 and a reply brief shall be filed by no later than July 13, 2007.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: June 12, 2007

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE