1  Ray Bourhis, Esq. SBN 53196
   Lawrence Mann, Esq. SBN 83698
2  Bennett M. Cohen, Esq. SBN 90865
3  **BOURHIS & MANN**
   1050 Battery Street
4  San Francisco, CA 94111
   Tel: (415) 392-4660; Fax: (415) 421-0259
5
6  Attorneys for Plaintiff EDWARD CONTRERAS

7

8                  IN THE UNITED STATES DISTRICT COURT
9                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 EDWARD CONTRERAS,                              ) Case No.: C 072597 JSW **(E-FILING)**
                                                  )
12        Plaintiff,                              )
                                                  ) PLAINTIFF EDWARD CONTRERAS'
13                                                ) NOTICE OF MOTION AND MOTION
      v.                                          ) FOR REMAND BACK TO STATE
14                                                ) COURT AND REQUEST FOR COSTS
   METROPOLITAN LIFE INSURANCE                    ) AND FEES (28 U.S.C. §1447(c)
15 COMPANY, THE COMMISSIONER OF THE               )
   CALIFORNIA DEPARTMENT OF                       ) [Filed concurrently with Plaintiff' Points
16 INSURANCE; and DOES 1 through 20, inclusive    ) and Authorities in Support Thereof;
                                                  ) Declaration of Bennett M. Cohen In
17                                                ) Support Thereof; and [Proposed] Order]
          Defendants.                             )
18                                                )
                                                  ) DATE:  Friday, July 27, 2007
19                                                ) TIME:  9:00 A.M.
                                                  ) DEPT:  Courtroom 2, 17TH Floor
20                                                )
                                                  ) TRIAL DATE: Not Yet Set
21 _____

22
          PLEASE TAKE NOTICE that on Friday, July 27, 2007 at 9:00 a.m. or as soon thereafter as
23
   counsel may be heard in Courtroom 2, 17th Floor of the above-entitled Court, located at 450 Golden
24
   Gate Avenue, San Francisco, California 94102 Plaintiff EDWARD CONTRERAS will and does
25
   hereby move the Court for remand of this matter back to State Court and for fees and costs incurred
26
   in obtaining them as a result of the removal. The motion is based upon this notice and motion, this
27
   attached memorandum of points and authorities, the attached declaration of Bennett M. Cohen and
28
                                                  1

1  supplemental declaration to be filed subsequently, the pleadings on file in this action and upon such
2  oral argument as shall be allowed at the hearing of this motion.

5  Dated: June 18, 2007                    **BOURHIS & MANN**

                                           By: /s/ Bennett M. Cohen
                                           Ray Bourhis, Esq.
                                           Lawrence Mann, Esq.
                                           Bennett M. Cohen, Esq.
                                           Attorneys for Plaintiff EDWARD CONTRERAS

---

2

Case No.: C 072597 JSW (E-FILING)
PLAINTIFF EDWARD CONTRERAS' NOTICE OF MOTION AND MOTION FOR REMAND BACK TO
STATE COURT AND REQUEST FOR COSTS AND FEES (28 U.S.C. §1447(c)

**PROOF OF SERVICE**
*Edward Contreras v. Metropolitan Life Insurance Company, et al.*
*U.S. District Court, Northern District of California, Case No. C07-462224 JSW*

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 1050 Battery Street, San Francisco, California 94111. On June 18, 2007, I will serve the following documents:

PLAINTIFF EDWARD CONTRERAS' NOTICE OF MOTION AND MOTION FOR REMAND BACK TO STATE COURT AND REQUEST FOR COSTS AND FEES (28 U.S.C. §1447(c)

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

**METROPOLITAN LIFE INSURANCE COMPANY**
Royal F. Oakes, Esq.
Michael A.S. Newman, Esq.
BARGER & WOLEN
633 West Fifth Street, 47th Floor
Los Angeles, CA 90071
Phone: (213) 680-2800
Fax:    (213) 614-7399
Email: roakes@barwol.com
Email: mnewman@barwol.com

**(X) (FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on June 18, 2007.

*/s/ Mary M. Martin*
Mary M. Martin