EXHIBIT "A" to

COMPLAINT

( Pages 1 - 43



# YOUR EMPLOYEE
# BENEFIT PLAN

## STATE OF CALIFORNIA



Long Term Disability

**MetLife**

EXHIBIT "A" - 1

State of California
1515 S Street, North Building, Suite 400
Sacramento, CA 95814

TO OUR EMPLOYEES:

All of us appreciate the protection and security insurance provides.

This certificate describes the benefits that are available to you. We urge you to read it carefully.

Benefits are provided through a group policy issued to State of California by Metropolitan Life Insurance Company.

State of California

# MetLife®

Metropolitan Life Insurance Company

One Madison Avenue, New York, New York 10010-3690

Certifies that, under and subject to the terms and conditions of the Group Policy issued to the Employer, coverage is provided for each Employee as defined herein.

The date when an Employee is eligible for coverage is set forth in the form with the title Eligibility for Benefits.

The date when an Employee's Personal Benefits become effective is set forth in the form with the title Effective Dates of Personal Benefits.

The amounts of coverage are determined by the form with the title Schedule of Benefits.

*[signature]*

Robert H. Benmosche
Chairman, President and Chief Executive Officer

Employer:    **State of California**

Group Policy No.:    **98324-G**

**Florida Residents: The benefits of the policy providing your coverage are governed primarily by the law of a state other than Florida.**

PLEASE AFFIX THE STICKER SHOWING THE EMPLOYER'S NAME IN THIS SPACE

If any prior certificate relating to the coverage set forth herein has been given to the Employee, such certificate is void.

Form G.23000-Cert.-1

-ii-

## For Texas Residents:
## IMPORTANT NOTICE

To obtain information or make a complaint:

You may call MetLife's toll-free telephone number for information or to make a complaint at:

**1-800-638-5433**

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at:

**1-800-252-3439**

You may write the Texas Department of Insurance
P.O. Box 149104
Austin, TX 78714-9104
Fax # 512 - 475-1771

**PREMIUM OR CLAIM DISPUTES:** Should you have a dispute concerning your premium or about a claim you should contact MetLife first. If the dispute is not resolved, you may contact the Texas Department of Insurance.

**ATTACH THIS NOTICE TO YOUR CERTIFICATE:** This notice is for information only and does not become a part or condition of the attached document.

## Para Residentes de Texas:
## AVISO IMPORTANTE

Para obtener información o para someter una queja:

Usted puede llamar al número de teléfono gratis de MetLife para información o para someter una queja al

**1-800-638-5433**

Puede comunicarse con el Departamento de Seguros de Texas para obtener información acerca de compañias, coberturas, derechos o quejas al

**1-800-252-3439**

Puede escribir al Departamento de Seguros de Texas
P.O. Box 149104
Austin, TX 78714-9104
Fax # 512 - 475-1771

**DISPUTAS SOBRE PRIMAS O RECLAMOS:** Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con MetLife primero. Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI).

**UNA ESTE AVISO A SU CERTIFICADO:** Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto.

-iii-

*3*

Arkansas residents please be advised of the following:

IMPORTANT NOTICE

IF YOU HAVE A QUESTION CONCERNING YOUR COVERAGE OR A CLAIM, FIRST CONTACT YOUR GROUP EMPLOYER OR GROUP ACCOUNT ADMINISTRATOR. IF, AFTER DOING SO, YOU STILL HAVE A CONCERN, YOU MAY CALL METLIFE'S TOLL-FREE TELEPHONE NUMBER:

1-800-275-4638

IF YOU ARE STILL CONCERNED AFTER CONTACTING BOTH YOUR GROUP EMPLOYER AND METLIFE, YOU SHOULD FEEL FREE TO CONTACT:

ARKANSAS INSURANCE DEPARTMENT
CONSUMER SERVICES DIVISION
1200 WEST THIRD
LITTLE ROCK, ARKANSAS 72201-1904

California residents please be advised of the following:

IMPORTANT NOTICE

TO OBTAIN ADDITIONAL INFORMATION, OR TO MAKE A COMPLAINT, CONTACT METLIFE AT:

METROPOLITAN LIFE INSURANCE COMPANY
1 MADISON AVENUE
NEW YORK, NY 10010
ATTN: CORPORATE CONSUMER RELATIONS DEPARTMENT
1-800-275-4638

IF, AFTER CONTACTING METLIFE REGARDING A COMPLAINT, YOU FEEL THAT A SATISFACTORY RESOLUTION HAS NOT BEEN REACHED, YOU MAY FILE A COMPLAINT WITH THE CALIFORNIA INSURANCE DEPARTMENT AT:

CALIFORNIA DEPARTMENT OF INSURANCE
300 SOUTH SPRING STREET
LOS ANGELES, CA 90013
1-800-927-4357 (within California)
1-213-897-8921 (outside California)

Georgia residents please be advised of the following:

**IMPORTANT NOTICE**

The laws of the state of Georgia prohibit insurers from unfairly discriminating against any person based upon his or her status as a victim of family violence.

-vi-

# TABLE OF CONTENTS

-vii-

Section                                                                                          Page

SCHEDULE OF BENEFITS
(Also see SCHEDULE SUPPLEMENT) ........................................................ 1

SCHEDULE SUPPLEMENT ...................................................................... 4

DEFINITIONS OF CERTAIN TERMS USED HEREIN ................................... 5

ELIGIBILITY FOR BENEFITS ..................................................................... 7

EFFECTIVE DATES OF PERSONAL BENEFITS ........................................ 7

LONG TERM DISABILITY BENEFITS ......................................................... 9

CLAIM PROCEDURE FOR
LONG TERM DISABILITY BENEFITS ......................................................... 23

PROVISIONS APPLICABLE TO PREGNANCY .......................................... 24

WHEN BENEFITS END .............................................................................. 25

CONDITIONS UNDER WHICH YOUR ACTIVE
WORK IS DEEMED TO CONTINUE ............................................................ 26

NOTICES .................................................................................................. 27

5

# SCHEDULE OF BENEFITS
## (Also see SCHEDULE SUPPLEMENT)

### BENEFITS (EMPLOYEE ONLY)

**LONG TERM DISABILITY**

Elimination Period....................... 6 months of disability -

**Monthly Benefit:**

The Monthly Benefit is the lesser of:

1. The Maximum Monthly Benefit shown below minus Other Income Benefits; or

2. 65% of Basic Monthly Earnings minus Other Income Benefits.

**Maximum Monthly Benefit** ......................... $6,000

**Minimum Monthly Benefit** ............... 10% of the Monthly Benefit before reduction for Other Income Benefits or $100, whichever is greater

Other Income Benefits are described in Section C of LONG TERM DISABILITY BENEFITS.

When you work while Disabled, you will receive the sum of the following amounts:

1. Your Monthly Benefit;

2. The amount of your earnings for working while Disabled;

3. The amount of Child Care Expense Benefit for which you are eligible.

6

However, after the first 24 months of Monthly Benefit payments if you are performing any gainful work or service while Disabled, the Monthly Benefit will be reduced by 50% of any compensation earned. Any evidence needed to verify your earnings must be given to us when requested.

During any period of Disability, the total of Monthly Benefit payments plus income earned while Disabled plus Child Care Expense Benefit cannot exceed 100% of your Indexed Basic Monthly Earnings.

**Rehabilitation Incentive:**

While Disabled, when you participate in a rehabilitation program approved by us, your Monthly Benefit percentage is increased by 5%.

**Child Care Expense Benefit:**

Up to $250.00 incurred per month for each eligible child during the first 24 months of Monthly Benefit payments, when you participate in a rehabilitation program approved by us.

**Maximum Benefit Duration:**

The Maximum Benefit Duration shall be the greater of:

1. the Benefit Duration limit as shown in the table below, or

2. your normal retirement age as defined by the Social Security Amendments of 1983.

| Age When Disability Begins | Benefit Duration |
|---|---|
| Less than 60 | To Age 65 |
| 60 | 60 Months |
| 61 | 48 Months |
| 62 | 42 Months |
| 63 | 36 Months |
| 64 | 30 Months |
| 65 | 24 Months |
| 66 | 21 Months |
| 67 | 18 Months |
| 68 | 15 Months |
| 69 and over | 12 Months |

**Increases and Decreases in Amount of Monthly Benefit**

The amount of your Monthly Benefit may change as a result of a change in your earnings or class. The new Monthly Benefit amount:

1. will take effect on the date of the change; and

2. will apply only to Disabilities commencing thereafter.

There is an exception. If you are not Actively at Work on the above date. In this case, the new Monthly Benefit amount will take effect on the date of return to Active Work.

# SCHEDULE SUPPLEMENT

**A. Statements Made by You Which Relate to Insurability**

Any statement made by you will be deemed a representation and not a warranty.

No such statement made by you which relates to insurability will be used:

1. in contesting the validity of the benefits with respect to which such statement was made; or

2. to reduce the benefits;

unless the conditions listed in items (a) and (b) below have been met:

a. The statement must be contained in a written application which has been signed by you.

b. A copy of the application has been furnished to you.

No such statement made by you will be used at all after such benefits have been in force prior to the contest for a period of two years during the lifetime of the person to whom the statement applies.

**B. Time Limit on Certain Defenses**

After This Plan has been in force 2 years from the date of its issue, no statement of the Employer shall be used to void This Plan.

**C. Assignment**

This certificate may not be assigned by you. Your benefits may not be assigned prior to a loss.

**D. Refund to Us for Overpayment of Benefits**

If at any time we determine that the total amount paid on a claim is more than the total amount due, including any overpayment resulting from retroactive awards received from sources listed in Other Income Benefits, we have the right to recover the excess amount from the person to whom such payment was made. However, we, at our option, may recover the excess amount by reducing or offsetting against any future benefits payable to such person.

**E. Additional Provisions**

1. The benefits under This Plan do not at any time provide paid-up insurance, or loan or cash values.

2. No agent has the authority:

a. to accept or to waive the required notice or proof of a claim; nor

b. to extend the time within which a notice or a proof must be given.

Form G.23000-B1

# DEFINITIONS OF CERTAIN TERMS USED HEREIN

**"Actively at Work"** or **"Active Work"** means that you are performing all of the material duties of your job with the Employer where these duties are normally carried out. If you were Actively at Work on your last scheduled working day, you will be deemed Actively at Work:

1. on a scheduled non-working day;

2. provided you are not disabled.

8

"Doctor" means a person who is legally licensed to practice medicine. A licensed practitioner will be considered a Doctor if:

1. there is a law which applies to This Plan and that law requires that any service performed by such a practitioner must be considered for benefits on the same basis as if the service were performed by a Doctor; and

2. the service performed by the practitioner is within the scope of his or her license.

"Employee" means a person classified as Managerial (M, E59, E79, E99), Supervisory (S E48, E58, E68, E78, E98), Confidential (C E97), Excluded/Exempt (E88, E89) or EOI through E21, E67, E77 who is employed and paid for services by the Employer on a permanent, half time or greater time basis.

"Employer" means the individual, firm, or other organization in whose name the Group Policy is issued. Subsidiaries and/or affiliates of the Employer are not covered under This Plan unless they are specified or approved in writing by us.

"Personal Benefits" mean the benefits which are provided on account of an Employee under This Plan.

"This Plan" means the Group Policy which is issued by us to provide Personal Benefits.

"We", "us" and "our" mean Metropolitan.

"You" and "your" mean the Employee who is covered for Personal Benefits.

Form G.23000-A

---

## ELIGIBILITY FOR BENEFITS

Form G.23000-C

### Personal Benefits Eligibility Date

If you are an Employee on January 1, 1999, that is your Personal Benefits Eligibility Date.

If you become an Employee after January 1, 1999, your Personal Benefits Eligibility Date is the date you become an Employee of the Employer.

### EFFECTIVE DATES OF PERSONAL BENEFITS

A. Request Forms

You must make a written request to the Employer for Personal Benefits. The request forms will be given to the Employer by us.

B. If Timely Request is Made

A timely request is one that is made on or prior to the date sixty days after your Personal Benefits Eligibility Date. If you are not Actively at Work as an Employee on your Personal Benefits Eligibility Date, a request will be timely if it is made on or prior to the date sixty days after the date you return to Active Work as an Employee.

If you make a timely request for Personal Benefits, your Personal Benefits will become effective on the date of the first premium deduction on or next following your Personal Benefits Eligibility Date, provided you are Actively at Work on that date, otherwise on the date you return to Active Work as an Employee.

## C. If Late Request Is Made

If a request is not a timely request, it is a late request.

If you make a late request for Personal Benefits, evidence of your good health must be given to us.

## D. Evidence of Good Health - For Late Requests

The evidence of good health is to be given at your expense.

Your Personal Benefits will become effective on the date such evidence of good health is accepted by us as satisfactory, subject to the Active Work Requirement.

If the evidence of your good health is not accepted by us as satisfactory, you will not be covered for any Personal Benefits.

## E. Active Work Requirement

You must be actively at work as an Employee in order for your Personal Benefits to become effective. If you are not actively at work as an Employee on the date when your Personal Benefits would otherwise become effective, your Personal Benefits will become effective on the date of your return to active work as an Employee.

## F. Reinstatement of Benefits

If your Personal Benefits end, you may make a request to reinstate them. Reinstatement of your benefits is subject to the following:

1. If your Personal Benefits end because you do not make a required contribution to their cost, you may make a request to reinstate them. Such a request will be treated as if it were a late request in order to determine the effective date of your Personal Benefits.

1. If your benefits end because you cease to be an Employee and you converted to Long Term Disability insurance provided under Metropolitan Life Insurance Company's Conversion Trust, and if you become an Employee again within 6 months, your Personal Benefits Eligibility Date will be the date you become an Employee.

8

---

2. If you become covered again as described above, the Pre-existing Condition Limitation will be applied as if there had been no gap in coverage.

Form G.23000-D1

## LONG TERM DISABILITY BENEFITS

### A. Definitions

"Actively at Work" or "Active Work" means that you are performing all of the material duties of your job with the Employer where these duties are normally carried out. If you were Actively at Work on your last scheduled working day, you will be deemed Actively at Work:

1. on a scheduled non-working day;

2. provided you are not disabled.

"Basic Monthly Earnings" means your monthly rate of pay from the Employer, excluding bonuses, overtime and other extra pay. Basic Monthly Earnings in effect as of the date of Disability will be used to compute your Monthly Benefit. Basic Monthly Earnings for you includes commissions which shall be averaged for the twenty-four months preceding the date Disability started, or from the date of employment if less than twenty-four months.

"Calendar Year" means a period of time which starts on any January 1 and ends on the next December 31.

9

10

"Consumer Price Index (CPI-W)" means the report published by the U.S. Department of Labor that measures the change in the cost of a typical urban wage earner's or clerical worker's purchases of certain goods and services. The change in cost is expressed as a percentage of the cost of those same goods or services in some base period.

"Disability" or "Disabled" means that, due to an Injury or Sickness, you require the regular care and attendance of a Doctor and:

1. you are unable to perform each of the material duties of your regular job; and

2. after the first 24 months of benefit payments, you must also be unable to perform each of the material duties of any gainful work or service for which you are reasonably qualified taking into consideration your training, education, experience and past earnings; or

3. you, while unable to perform all of the material duties of your regular job on a full-time basis, are:

    a. performing at least one of the material duties of your regular job or any other gainful work or service on a part-time or full-time basis; and

    b. earning currently at least 20% less per month than your Indexed Basic Monthly Earnings due to that same Injury or Sickness.

"Eligible Survivor" means your lawful spouse, if living, otherwise your children who are under age 25. The term "children" also includes stepchildren and legally adopted children.

"Elimination Period" means the number of consecutive days of Disability before Long Term Disability Benefits become payable under This Plan. Your Elimination Period:

1. is set forth in the SCHEDULE OF BENEFITS; and

2. begins on the first day of Disability.

Limited interruption of the Elimination Period is allowed for up to 30 days. However, any days of Active Work during this time will not count toward satisfying the Elimination Period. Further, this limited interruption of the Elimination Period will not apply if, while you are Actively at Work, you become eligible for any other group long term disability insurance.

"Full-time Student" means an unmarried student under 22 years of age who is attending an accredited college or university and registered for the required number of courses and/or credit hours to be considered "full-time" by the registrar of such institution.

"Gross Monthly Benefit" means your Monthly Benefit amount without any reductions for Other Income Benefits and compensation earned while you are Disabled.

"Hospital" means a facility which:

1. is legally licensed as a hospital; and;

2. provides a broad range of 24 hour medical and surgical services for sick and injured persons by, or under the supervision of, a staff of Doctors; and;

3. provides 24 hour a day nursing care by, or under the direction of, a Nurse.

"Indexed Basic Monthly Earnings" means Basic Monthly Earnings in effect on the date Disability began, increased by the lesser of:

1. 1/2 of the annual percentage change in the Consumer Price Index (CPI-W) for the prior Calendar Year

or

2. 10%

But in no case will the amount of any adjustment be less than $1.00.

The first increase will take place on the first of the month immediately following 12 months of continuous Disability. Subsequent increases will be compounded each year and take place on the anniversary of the first increase, provided you have been continuously receiving Disability Benefits under This Plan.

"Injury" means accidental bodily injury resulting independently of all other causes. The Injury must occur and Disability must begin while you are covered under This Plan.

"Medical Advice or Treatment" means:

1. medical treatment or consultation;

2. medical care or services;

3. diagnostic tests; or

4. taking of prescribed drugs or medicines.

"Mental Illness" means a mental, emotional or nervous condition of any kind.

"Pre-Existing Condition" means a Sickness or Injury for which you received Medical Advice or Treatment during the 12 month period immediately prior to your effective date of Personal Benefits.

"Recurrent Disability" means a Disability which is related or due to the same cause or causes as a prior Disability for which a Monthly Benefit was paid under This Plan.

"Retirement Plan" means a plan which provides retirement benefits to employees and which is not funded wholly by employee contributions. The term shall not include a profit sharing plan, a thrift plan, an individual retirement account (IRA), a tax-sheltered annuity (TSA), a stock ownership plan, a non-qualified plan of deferred compensation, or a 401(k) plan.

When used with the term Retirement Plan, "Disability Benefit" means money which:

1. is payable under a Retirement Plan, due to disability as defined in that plan; and

2. does not reduce the amount of money which would have been paid as retirement benefits at the normal retirement age under the plan if the disability had not occurred. (If the payment does cause such a reduction, it will be deemed a Retirement Benefit as defined below.)

When used with the term Retirement Plan, "Retirement Benefit" means money which:

1. is payable under a Retirement Plan either in a lump sum or in the form of periodic payments;

2. does not represent contributions made by you, and

NOTE: Payments which represent your contributions are deemed to be received over your expected remaining life regardless of when such payments are actually received.

3. is payable upon:

   a. voluntarily elected early retirement; or

   b. normal retirement.

"Sickness" means illness, disease or pregnancy.

B. Benefits

1. Disability Benefit

When we receive proof that you are Disabled, we will pay a Monthly Benefit in accordance with the SCHEDULE OF BENEFITS.

However, the amount of the Monthly Benefit when added to any compensation you may earn while Disabled, cannot exceed your Indexed Basic Monthly Earnings. When this

happens, your Monthly Benefit will be reduced by the amount in excess of your Indexed Basic Monthly Earnings.

The Monthly Benefit will be paid to you after completion of the Elimination Period, shown in the SCHEDULE OF BENEFITS, provided you remain Disabled and proof of continued Disability is submitted, at your expense, to us upon request.

The Monthly Benefit will stop on the earliest of:

a.  the date that you cease to be Disabled;

b.  the date of your death;

c.  completion of the Maximum Benefit Duration shown in the SCHEDULE OF BENEFITS.

2.  **Survivor Benefit**

If you die after satisfying the Elimination Period and while a Monthly Benefit is payable, we will pay to your Eligible Survivor a lump sum amount equal to 3 times your last Gross Monthly Benefit.

If payment becomes due to your unmarried children, payment will be divided equally among the children. Such payment will be made directly to the children or to a person named by us to receive payments on behalf of the children. This designation will be valid and effective against all claims by others who represent or claim to represent the children.

If no Eligible Survivor exists, no benefits will be paid.

3.  **Waiver of Payments Benefit**

Payments normally required for you toward the cost of LONG TERM DISABILITY BENEFITS are waived during any period of Disability for which a Monthly Benefit is payable.

4.  **Continuing Education Benefit**

While you are receiving a Monthly Benefit under This Plan, we will pay the following Continuing Education Benefit to you for your unmarried dependent children who are Full-time Students in an accredited college or university:

a.  $100.00 per month per dependent child;

b.  up to a maximum of 48 months per dependent child.

You must furnish us with proof that the unmarried dependent child is a Full-time Student in an accredited college or university. This proof must be given to us at the beginning of each semester or as often as reasonably required.

5.  **Child Care Expense Benefit**

While Disabled, when you participate in rehabilitative employment approved by us, you will be reimbursed for Child Care Expense, as described in the SCHEDULE OF BENEFITS, for each eligible child, which is incurred during the first 24 months of Monthly Benefit payments.

An eligible child is your dependent child under age 13 who lives with you and is:

a.  your child or your spouse's child;

b.  your legally adopted child; or

c.  a child for whom you are legal guardian.

Child Care Expense is the amount charged by a licensed child care provider who is not a member of your immediate family or living in your residence.

13

## C. Reduction of Benefits

The Monthly Benefit, as reduced by Other Income Benefits shown in the Table of Other Income Benefits, will be subject to the following:

### 1. Minimum Benefit Amount

The amount of the Monthly Benefit payable to you will not be less than the Minimum Monthly Benefit shown in the SCHEDULE OF BENEFITS.

### 2. Cost of Living Freeze

The Monthly Benefit will not be further reduced due to cost of living increases:

a. that are payable under Other Income Benefits; and

b. that occur after the initial reduction for these Other Income Benefits has been determined.

### 3. Social Security Benefits

The Monthly Benefit will not be payable unless:

a. you provide proof that you have applied for Social Security benefits; and

b. you have signed the Agreement Concerning Long Term Disability Benefits.

The Agreement Concerning Long Term Disability Benefits:

a. confirms that you will repay all overpayments; and

b. authorizes us to obtain the information on awards directly from the Social Security Administration.

Your Monthly Benefit may be reduced once you have received approval or final denial of your claim from the Social Security Administration. For purposes of this section, final

16

denial of your claim means that you have received a "Notice of Denial of Benefits" from an Administrative Law Judge.

In any case, when you do receive approval or final denial of your claim from the Social Security Administration:

a. your Monthly Benefit will be reduced from that point on by the amount of benefits you receive from Social Security each month; and

b. you must promptly refund to us an amount equal to all overpayments. If you do not promptly make such refund to us, we may, at our option, reduce or offset against any future benefits payable to you.

### 5. Table of Other Income Benefits

"Other Income Benefits" are those benefits below which apply to you and to your spouse, child or children as indicated.

The Other Income Benefits are:

a. The amount you receive or for which you are eligible under: (a) any Workers' or Workmen's Compensation law; (b) occupational disease law; and (c) any other act or law of like intent.

b. The amount of disability income benefits you receive or for which you are eligible under any Compulsory Benefit act or law.

c. The amount of any disability income benefit for which you are eligible under: (a) any other group insurance plan of the Employer; and (b) any governmental retirement system as a result of your job with the Employer.

d. The amount of any disability retirement or service retirement benefits you receive or are entitled to receive because of your disability or retirement from the Public Employee Retirement System (PERS).

17

14

e. The amount of benefits you receive under the Employer's Retirement Plan as follows: (a) any disability benefit; (b) any retirement benefits.

f. The amount of disability or retirement benefits under the United States Social Security Act or any other governmental disability or retirement program as follows: (a) disability or unreduced retirement benefits for which you, your spouse, child or children are eligible; or (b) reduced retirement benefits received by you, your spouse, child or children.

The above amounts, except for retirement benefits, are benefits resulting from the same disability for which a Monthly Benefit is payable under This Plan.

## D. Recurrent Disability

1. If, after a period of Disability for which a Monthly Benefit has been paid under This Plan, you:

   a. resume your regular job on a full-time basis; and

   b. perform all the material duties for less than six consecutive months;

   any Recurrent Disability will be a part of the same period of Disability. Our liability for the entire period will be subject to the terms of This Plan for the prior Disability.

2. If, after a period of Disability for which a Monthly Benefit has been paid under This Plan, you:

   a. resume your regular job on a full-time basis; and

   b. perform all the material duties for six consecutive months or more;

   any Recurrent Disability will be treated as a new period of Disability. You must complete a new Elimination Period before Monthly Benefits are payable.

18

3. If you become eligible for coverage under any other group long term disability policy, this Recurrent Disability provision will not apply.

## E. Exclusions/Limitations

### General Exclusions

This Plan does not cover any Disability which results from or is caused or contributed to by:

1. war, insurrection, or rebellion;

2. active participation in a riot;

3. intentionally self-inflicted injuries or attempted suicide;

4. the commission of a felony.

### Pre-Existing Condition Limitation

This Plan does not provide benefits for any Disability that is caused by, contributed to by, or resulting from a Pre-Existing Condition, unless the Disability begins after you have been covered under This Plan for 24 months in a row.

### Mental Illness Limitation

While you are Disabled due to a Mental Illness and confined in a hospital or institution, the Monthly Benefit will be payable up to the Maximum Benefit Duration shown in the SCHEDULE OF BENEFITS.

While you are Disabled due to a Mental Illness and not confined in a hospital or institution, the Monthly Benefit will be payable up to the lesser of:

1. 24 months Lifetime; or

2. the Maximum Benefit Duration shown in the SCHEDULE OF BENEFITS.

19

15

But in no event will the Monthly Benefit be payable for longer than the Maximum Benefit Duration during a period of continuous Disability due to a Mental Illness, whether you are or are not *confined in a hospital or institution.*

## F. Continuity of Coverage Upon Transfer of Insurance Carriers

In order to prevent loss of your coverage because of a transfer of insurance carriers, This Plan will provide coverage for you as follows:

1. **Failure To Be Actively At Work Due To Injury Or Sickness**

   This Plan will cover you, if you:

   a.    were covered under the prior carrier's plan at the time of transfer; and

   b.    are not Actively at Work due to Injury or Sickness;

   provided the required payment toward the cost of LONG TERM DISABILITY BENEFITS is made to us for you.

   The benefit payable will be that which would have been paid by the prior carrier had coverage remained in force, less any benefit for which the prior carrier is liable.

2. **Disability Due To A Pre-Existing Condition**

   If you were covered under the prior carrier's plan at the time of transfer and Actively at Work and covered under This Plan on its effective date, benefits may be payable for a Disability due to a Pre-Existing Condition.

   a.    If you satisfy the Pre-Existing Condition limitation, the benefit will be determined according to This Plan.

b.    If you cannot satisfy This Plan's Pre-Existing Condition limitation, then:

i.    we will apply the Pre-Existing Condition limitation appearing in the prior carrier's plan; and

ii.    if you would have satisfied the Pre-Existing Condition limitation under the prior carrier's plan, giving consideration towards continuous time covered under This Plan and the prior carrier's plan, the benefit will be determined according to the lesser of This Plan or the prior carrier's plan.

However, no benefit will be paid if you cannot satisfy the Pre-Existing Condition limitation under (a) or (b) above.

## G. Conversion Privilege

1. You may be eligible to convert to a long term disability conversion plan when your coverage ends. Evidence of good health will not be required. However, you must meet the following conditions:

   a.    you must have been covered under this Conversion Privilege, or a similar Conversion Privilege under a plan that This Plan replaced, for at least 12 months prior to the date your employment ends;

   b.    your coverage under This Plan must end with the Employer and for one of the following reasons:

   i.    you resign;

   ii.    you are terminated for cause;

iii. you are on a layoff or leave of absence which extends beyond the period stated in CONDITIONS UNDER WHICH YOUR ACTIVE WORK IS DEEMED TO CONTINUE.

iv. you have continued coverage for 24 months through direct payment as provided WHEN BENEFITS END.

c. you apply in writing and pay the first premium for the long term disability conversion plan within 31 days after your coverage under This Plan ends.

2. This Conversion Privilege is not available to you if:

a. your coverage under This Plan ends for any of the following reasons:

i. This Plan ends;

ii. This Plan is amended to exclude the class of Employees to which you belong;

iii. you no longer belong to a class of Employees eligible for coverage under This Plan;

iv. you retire;

v. you do not make a payment which is required by the Employer to the cost of This Plan.

b. you are Disabled under the terms of This Plan.

c. you become covered under any other long term disability plan within 31 days after your coverage under This Plan ends.

3. The form, benefits provided, premium, and other terms of the conversion coverage may differ from those provided under This Plan. We reserve the right to have the conversion coverage issued by another insurance company.

Form G.23000-6B

## CLAIM PROCEDURE FOR LONG TERM DISABILITY BENEFITS

**A. When Notice of Claim Must be Given**

Written notice of a claim must be given to us during the Elimination Period.

**B. Claim Forms**

When we receive written notice of a claim, we may furnish printed forms for filing proof of the claim. If we do not furnish printed forms within 15 days after you give us notice, you must furnish your own form of proof in writing.

Proof must describe the event, the nature and the extent of the cause for which a claim is made; it must be satisfactory to us.

**C. When Proof of Claim Must Be Given**

Written proof of a claim must be given to us not later than 90 days following the end of the Elimination Period.

**D. Late Notice or Proof**

If notice or proof is not given on time, the delay will not cause a claim to be denied or reduced as long as the notice or proof is given as soon as possible.

17

E. **Time Limits on Starting Lawsuits**

No lawsuit may be started to obtain benefits until 60 days after proof is given.

No lawsuit may be started more than 3 years after the time proof must be given.

F. **Medical Examinations**

While a claim is pending, we, at our expense, have the right to have you examined by Doctors of our choice when and as often as we reasonably choose.

G. **Time Limit for Payment of a Claim**

If the written proof of a claim:

a.   has been made on time; and

b.   is satisfactory to us;

we will pay the accrued benefits monthly at the end of the period for which they are due.

Form G-23000-H3

---

**PROVISIONS APPLICABLE TO PREGNANCY**

---

The Long Term Disability Benefits will be payable for a pregnancy (and the resulting childbirth) of an Employee. These benefits will be determined on the same basis as the benefits due to a sickness.

Form G-23000-M

24

**WHEN BENEFITS END**

A. All of your benefits will end on the date your employment ends. Your employment ends when you cease Active Work as an Employee. However, for the purpose of benefits, the Employer may deem your employment to continue for certain absences. See CONDITIONS UNDER WHICH YOUR ACTIVE WORK IS DEEMED TO CONTINUE.

B. If This Plan ends in whole or in part, your benefits which are affected will end.

C. Your Long Term Disability Benefits will end as set forth in the LONG TERM DISABILITY BENEFITS provisions.

D. If you do not make a payment which is required by the Employer to the cost of any benefits, those benefits will end on the last day of the period for which a payment required by the Employer was made.

E. If you cease to be eligible for insurance because you no longer qualify as an Employee as defined in DEFINITIONS OF CERTAIN TERMS USED HEREIN, you may continue coverage for up to 24 months through direct payment, provided you maintain the qualifying time base. You must request to continue your Long Term Disability coverage within 30 days of loss of eligibility.

E. The end of any type of benefits on your account will not affect a claim which is incurred before those benefits ended, except as noted in both the definition of Elimination Period and the Recurrent Disability provision found in LONG TERM DISABILITY BENEFITS.

Form G-23000-F

25

18

## CONDITIONS UNDER WHICH YOUR ACTIVE WORK IS DEEMED TO CONTINUE

If you are not Actively at Work as an Employee because of a situation set forth below, the Employer may deem you to be in Active Work as an Employee only for the purpose of continuing your employment and only for the periods specified below in order that certain of your benefits under This Plan may be continued.

In any case, the benefits will end on:

1. the date the Employer notifies us that your benefits are not to be continued; or

2. the end of the last period for which the Employer has paid premiums to us for your benefits.

### Your Sickness or Injury

The period determined in accordance with the Employer's general practice for an Employee in your job class.

### Your Leave of Absence or Lay Off

The period determined in accordance with the Employer's general practice for an Employee in your job class. However, the period will not be longer than two months following the date the leave of absence or lay off begins.

However, in the event the leave qualifies under the Family and Medical Leave Act of 1993 (FMLA), the period cannot be longer than 12 weeks in any 12 month period following the date the leave of absence begins.

Form G.23000-L

## NOTICES

This certificate is of value to you. It should be kept in a safe place. Your Eligible Survivor should know where the certificate is kept.

As soon as your benefits end, you should consult your Employer to find out what rights, if any, you may have to continue your protection.

The insurance evidenced by this certificate is not in lieu of and does not affect any requirement for coverage by workers' compensation insurance.

If you had coverage under a prior plan of benefits, please consult your Employer to determine if there are any additional provisions which affect your benefits under This Plan.

If you cease to be actively at work as an Employee as a result of a labor dispute, arrangements may be made by your Employer to continue your Personal Benefits. You may continue these benefits:

1. for a period of not longer than 6 months; and

2. only if certain conditions of This Plan are met.

One of these conditions is that at least 75% of the Employees make the required payments to the cost of any benefits. Your benefits will end unless the arrangements are made within the time allowed. Ask your Employer for the details on these arrangements.

**Our Home Office is located at One Madison Avenue, New York, New York 10010.**

Form G.23000-E

19

THIS PAGE IS INTENTIONALLY BLANK

# EARLY INTERVENTION PROGRAM FOR
## LONG TERM DISABILITY BENEFITS

The Early Intervention Program is a disability management program that involves the early identification of a potential Long Term Disability Candidate who may benefit from rehabilitative disability management. Its purpose is to enable a Long Term Disability Management Coordinator to work with the disabled person to complete vocational analyses and to develop disability management schedules during the optimal time for initiating rehabilitation attempts.

**A.  Definitions**

"**Candidate**" means an Employee who is determined by us to be a potential claimant for Long Term Disability Benefits and eligible for participation in the Early Intervention Program.

"**Long Term Disability Management Coordinator**" (herein called Coordinator) means an individual who is employed by us to coordinate the Early Intervention Program.

"**Disability Management Benefits Schedule**" (herein called Schedule) means the specific schedule of benefits for rehabilitation services developed by the Coordinator for each Candidate.

"**Early Intervention Program**" (herein called Program) means the program established by us wherein we identify Employees, during their elimination period, who may benefit from a program of disability management with a rehabilitation goal.

20

## B. How the Program Works

### Early Warning Table

| | |
|---|---|
| Amputations | Back Problems |
| Burns (severe) | Carpal Tunnel Syndrome |
| Head Injuries | Chronic Fatigue Syndrome |
| Spinal Cord Injuries | Cardiovascular Conditions |
| Neurological Conditions | Muscle and Joint Injuries or |
| Severe Traumatic | Diseases |
| Injuries | Obesity or Eating Disorders |
| Vision or Hearing Loss | Osteomyelitis |
| Alcoholism or Substance | Psychiatric Conditions |
| Abuse | |

### 1. Notice

A Coordinator must be notified in order for an Employee who has a disabling condition listed in the Early Warning Table to be considered as a potential Candidate for the Early Intervention Program.

### 2. Evaluation

After receipt by us of the Notice Of Claim form, the Coordinator will:

a. contact the Employee about the Early Intervention Program;

b. obtain sufficient information to monitor the benefits for the Employee's current diagnosis and projected medical treatment, and also obtain vocational information; and

c. determine whether the Employee is a Candidate for the Early Intervention Program.

If the Employee is determined by the Coordinator to be a potential Candidate, the Employer must complete the Employer portion of the Notice Of Claim form and then obtain the Employee's signed authorization before submitting the Notice Of Claim form to us.

### 3. Development

The Coordinator will develop for each Candidate a proposed Disability Management Benefits Schedule that meets the guidelines of our Early Intervention Program.

### 4. Offer

The proposed Disability Management Benefits Schedule will then be offered to the Candidate and the attending Doctor. The attending Doctor can recommend the Disability Management Benefits Schedule, and the Candidate can consent to obtaining the services contained in the Schedule. Under this Program, all treatment decisions are the responsibility of the Candidate and attending Doctor. We do not engage in the practice of medicine and are not responsible for the quality of services provided and for which benefits are listed in the Disability Management Benefits Schedule.

If the proposed Disability Management Benefits Schedule is recommended by the attending Doctor, and the services contained in the Schedule are consented to by the Candidate, we will pay for specific expenses for rehabilitation services, vocational services, and other approved medical services listed in the Schedule and for which benefits are not payable under any other plan that covers the Candidate (including, but not limited to the Candidate's medical plan, automobile liability coverage, no-fault auto insurance, Workers' Compensation, or other state or federally sponsored programs).

### 5. Reevaluation

While a Disability Management Benefits Schedule is in progress, the Coordinator will continue to monitor such Schedule. If it is deemed appropriate, the Coordinator, with the recommendation of the attending Doctor and consent of the Candidate for different services, will modify such Schedule.

21

We retain the right to terminate the Candidate's participation in the Early Intervention Program upon notice to the Candidate and the attending Doctor.

**You are not required to participate in the Early Intervention Program in order to be eligible for Long Term Disability Benefits.**

## CLAIMS INFORMATION

### Procedures for Presenting Claims for Benefits

All claim forms needed to file for benefits under the group insurance program can be obtained from your Employer who will also be ready to answer questions and to assist you or, if applicable, your Eligible Survivor in filing claims. The instructions on the claim form should be followed carefully. This will expedite the processing of the claim. Be sure all questions are answered fully.

The completed claim form should be returned to your Employer who will certify that you are insured under the Plan and will then forward the claim form to Metropolitan.

When the claim has been processed, you or, if applicable, your Eligible Survivor will be notified of the benefits paid. If any benefits have been denied, you or, if applicable, your Eligible Survivor will receive a written explanation.

### Routine Questions

If there is any question about a claim payment, an explanation may be requested from Metropolitan through your Employer or by direct contact with your Metropolitan Group Disability Claim Office.

### Requesting a Review of Claims Denied in Whole or in Part

If a claim has been denied in whole or in part, you or, if applicable, your Eligible Survivor can request a review of your claim by

Metropolitan. This request for review should be sent to Group Insurance Claims Review at the address of Metropolitan's office which processed the claim within 60 days after you or, if applicable, your Eligible Survivor received notice of denial of the claim. When requesting a review, please state the reason you or, if applicable, your Eligible Survivor believe the claim was improperly denied and submit any data, questions or comments you or, if applicable, your Eligible Survivor deems appropriate.

Metropolitan will re-evaluate all the information and you or, if applicable, your Eligible Survivor will be informed of the decision in a timely manner.

### CONTRIBUTIONS

You must make a contribution to the cost of Long Term Disability Benefits.

\* \* \* \*

### FUTURE OF THE PLAN

It is hoped that This Plan will be continued indefinitely, but State of California reserves the right to change or terminate This Plan in the future. Any such action would be taken only after careful consideration.

22

Best's Insurance Reports - Life Health, US, 2006 Edition (2005 Annual Data, Version 2006.1)
06704 - Metropolitan Life Insurance Company

Page 1

Group Affiliation: Metropolitan Life and Affiliated Cos

# METROPOLITAN LIFE INSURANCE COMPANY

### 200 Park Avenue, New York, New York, United States 10166
### Exec. Office: One MetLife Plaza, Long Island City, New York, United States 11101
### Web: www.metlife.com

Tel: 212-579-2211
AMB#: 06704
FEIN#: 13-5581829

Fax: 212-578-7298
NAIC#: 65978

## BEST'S RATING

Based on our opinion of the consolidated Financial Strength of the life/health members of Metropolitan Life and Affiliated Companies, which operate under a group structure, this group member is assigned a Best's Rating of A+ (Superior). The company is assigned the Financial Size Category of Class XV which is the Financial Size Category of the parent.

## RATING RATIONALE

Rating Rationale: The rating of Metropolitan Life Insurance Company (MLIC) and its affiliates is based on the organization's well-established brand name, leading market positions in its core business lines, diverse sources of revenue and earnings, and strong liquidity position. The rating also reflects the overall balance of the organization provided by its, property/casualty, international, reinsurance and financial services subsidiaries. The recent acquisition of Travelers' domestic and international life operations provides the group with the increased distribution and scale necessary to remain an industry leader in its various product lines. The group continues to pursue its strategic focus on the life and annuity markets by expanding both its domestic and international market share through organic growth and strategic acquisitions as well as through on-going operational efficiencies. MLIC manages a diverse investment portfolio which traditionally produces solid contributions to earnings due to the elements contained within its investment portfolio. With the integration of Travelers, the Travelers investment portfolio was rebalanced to the group's standards. Offsetting these strengths is its strict capital management evidenced through its moderate risk adjusted capital position, the increased operating expenses due to the Travelers integration as well as its increased exposure to the international marketplace. In addition, A.M. Best believes MLIC and its affiliates will need to demonstrate its ability to reduce expense ratios and manage operating leverage to levels consistent with pre-acquisition levels, while enhancing profitability and improving return on equity. Lastly, A.M. Best will continue to monitor the group's ability to manage challenges associated with products that are interest rate sensitive as well as products that have equity market exposure.

The company has historically demonstrated strong operating earnings, sales and growth in assets under management. The rating also reflects the group's moderate financial leverage, financial flexibility, solid debt service capacity and a demonstrated ability to access the capital markets on a recurring basis after several years as a public company. In recent years, the group arranged its regulated entities under MetLife, Inc. from previous ownership by MLIC to increase the financial flexibility of its insurance entities, enhance its upstream dividend capacity to the parent holding company and generate a moderate level of statutory gains. With the integration of Travelers, A.M. Best expects MetLife will continue to pursue operating efficiencies and optimize the dividend capacity of its operating subsidiaries while meeting stringent compliance standards. MetLife has taken several steps toward enhancing its financial stability including improvement of asset/liability management practices, reduced allocation to the high-yield markets over the last several years, and the recent sale of several high profile properties. Furthermore, the company has centralized its accounting controls, financial framework initiatives, and continues to overhaul its reinsurance program as an effective way to mitigate risk. The integration of Travelers augmented MetLife's earnings power via increased scale, expanded distribution capabilities and enhanced its market positions in its core life and retirement savings businesses worldwide.

The Group's rapid growth and expansion through acquisitions has had a negative impact on its risk adjusted capital position as measured by A.M. Best. Management continues to pursue alternative methods to increase dividend capacity to its parent from its core operating subsidiaries while creating operational efficiencies. Despite its decline, A.M. Best remains concerned with the group's relatively high leverage position and will be monitoring this closely to ensure MetLife is able to manage this down as projected. A.M. Best will continue to monitor the rate of growth in its annuity product lines in conjunction with its overall level of risk adjusted capitalization, in addition to its ability to continue to manage challenges associated with products that have

Copyright © 2006, A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
http://www.ambest.com for the latest Best's Ratings and Best's Company Reports.



EXHIBIT B

23

Best's Insurance Reports - Life Health, US, 2006 Edition (2005 Annual Data, Version 2006.1)
06704 - Metropolitan Life Insurance Company

equity market exposure and are interest rate sensitive.

**Best's Rating: A+ g**                                                **Outlook: Stable**

# RECENT DEVELOPMENTS

On July 1, 2005, MetLife, Inc. completed the acquisition of Citigroup's Travelers Insurance Company and Travelers Life & Annuity Co. and substantially all of Citigroup's international insurance businesses, which was purchased for approximately $11.8 billion in cash and stock. The transaction encompasses Travelers' U.S. business and its international operations other than Citigroup's life business in Mexico. International operations include joint ventures in Japan, Taiwan and China, and wholly-owned insurance businesses in Argentina, Australia, Belgium, Brazil, Poland and the U.K.

# FIVE YEAR RATING HISTORY

| Date | Best's Rating |
|---|---|
| 05/05/06 | A+ g |
| 07/01/05 | A+ g |
| 01/31/05 | A+ g |
| 03/31/04 | A+ g |
| 11/19/03 | A+ g |
| 06/23/03 | A+ g |
| 06/21/02 | A+ g |

# KEY FINANCIAL INDICATORS
## (in thousands of dollars)

| Year | Assets | Total Capital Capital Surplus Funds | Condit'l Reserve Funds | Net Premiums Written | Net Invest Income | Net Income |
|---|---|---|---|---|---|---|
| 2000 | 182,529,800 | 7,210,314 | 4,726,154 | 23,610,211 | 8,845,817 | 1,043,707 |
| 2001 | 185,581,726 | 5,370,716 | 3,657,018 | 20,021,427 | 9,042,837 | 2,777,749 |
| 2002 | 201,005,134 | 6,986,077 | 4,726,091 | 22,374,529 | 9,121,734 | 1,462,207 |
| 2003 | 229,125,886 | 7,977,898 | 3,883,471 | 24,854,636 | 8,837,361 | 2,168,733 |
| 2004 | 244,236,104 | 8,804,495 | 4,244,092 | 26,845,079 | 9,405,755 | 2,648,195 |
| 2005 | 250,355,681 | 8,639,302 | 4,049,136 | 26,335,305 | 9,878,570 | 2,155,045 |
| 03/2005 | 249,594,269 | 9,549,846 | 4,161,041 | 6,444,285 | 2,375,833 | 766,608 |
| 03/2006 | 267,454,611 | 9,342,671 | 3,606,351 | 6,957,692 | 2,474,908 | 436,365 |

# BUSINESS REVIEW

CORPORATE OVERVIEW - Metropolitan Life Insurance Company ( MLIC), now in its second century of operation, is part of the largest life insurance group in the nation with respect to total life insurance in force and total admitted assets. MLIC, together with its subsidiaries and affiliates, offers a comprehensive portfolio of individual and group life, annuities, pensions, group non-medical health insurance programs, and property and casualty coverage. These products are provided through the organization's five primary business segments reported on a GAAP basis: Institutional, Individual, Auto & Home, International and Reinsurance. MLIC operates in all fifty states, the District of Columbia, Puerto Rico, the U.S. Virgin Islands and Canada. The overall group has also established operations worldwide with direct writing access to over 35 countries. The group strengthened relationships in Brazil, China and Hong Kong and has refined its international strategy by focusing on emerging, high growth markets where it can achieve competitive returns. These international activities are now conducted predominantly

Copyright © 2006, A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
http://www.ambest.com for the latest Best's Ratings and Best's Company Reports.

21

Best's Insurance Reports - Life Health, US, 2006 Edition (2005 Annual Data, Version 2006.1)
06704 - Metropolitan Life Insurance Company
Page 3

outside of the lead insurer's operations.

METS unique organization structure continues to evolve from mergers, acquisitions and consolidations evidenced by the recent consolidation of Paragon Life Insurance company into Metropolitan Life Insurance Company on May 1, 2006. A significant consolidation event occurred with the June 30, 2005 acquisition by MetLife, Inc. of the Travelers Life Insurance Company from Citigroup, adding increased scale in the annuity business and providing access to Citigroup's diverse distribution network. On January 31, 2005, MLIC sold its asset management business, SSRM Holdings, Inc. to a third party ending its activities in the Asset Management segment. On October 8, 2004, MetLife, Inc. completed another restack transaction whereby Metropolitan Insurance and Annuity Company and New England Pension and Annuity Company, an indirect subsidiary of MLIC, were merged into Metropolitan Tower Life, a subsidiary of MetLife, Inc. In January 2004, MetLife completed the sale of its operation in Spain, MetLife Iberia, S.A. and its subsidiaries, Seguros Genesis, S.A., and Genesis Seguros Generales, S.A., to Liberty Insurance Group, S.A., a Spanish subsidiary of Liberty Mutual Group. This transaction completed the group's exit from the slow growing insurance marketplace in Spain and Portugal.

In April 2000, Metropolitan Life Insurance Company completed the conversion from a mutual company, owned by its policyholders, to a publicly traded stock company via a full demutualization. The organization simultaneously raised $2.88 billion through an initial public offering of common stock in MetLife, Inc., a holding company created in connection with the reorganization. In addition, approximately $1.006 billion was raised through the issuance of trust preferred securities supported by subordinated debentures issued by MetLife, Inc. and MetLife Capital Trust I. This conversion benefited the company by providing enhanced organizational and financial flexibility associated with public ownership and direct access to the capital markets. In connection with the company's conversion to a stock company, the group aligned itself into the following business segments:

INSTITUTIONAL BUSINESS:

GROUP LIFE AND NON-MEDICAL HEALTH PRODUCTS - MLIC is the leading provider of group life insurance, non-medical health insurance products, including short and long-term disability, long term care and dental insurance and related administrative services, as well as employer-sponsored auto and homeowners insurance and prepaid legal service plans. Its group insurance products are marketed to small, medium and large companies, either as an integrated employee benefits package or as stand-alone product offerings.

Group life products are the leading products in the group insurance portfolio, where MLIC has been an industry leader for many years in terms of product innovation and customer service. The company has over $1.5 trillion in group life insurance in force, which represents an estimated one-fifth share of the U.S. market. The company markets group term, group universal life (GUL) and group variable universal life products (GVUL), accidental death and dismemberment and survivor benefits. MLIC was one of the first companies to offer GUL and GVUL products. Their National Accounts group includes companies with over 25,000 employees and has approximately 11 million covered lives, representing over one-third of the institutional segment revenues. MLIC has achieved organic growth in this area through offering broader coverage and by successfully deepening the relationships and writing additional business from these accounts. In recent years, the company has benefited from some large corporate-owned and bank-owned life insurance (COLI/BOLI) contracts The company has also established a Small Market Strategy to focus activities on the rapidly growing small case market, with products specifically designed and priced for this segment.

MLIC's group dental operation also has a significant market presence and is a leading provider of traditional and preferred provider dental plans, including voluntary (employee-pay-all) plan designs. The company has consistently expanded its provider network of dentists to its current level of approximately 80,000 dentists, a key competitive factor in the managed dental market. The group dental operation's lead product is its PPO, Preferred Dentist Program (PDP). The PDP is a point-of-service managed dental care plan that allows members access to the dentist of their choice, either in or outside of the MetLife provider network. This program is the largest national commercial dental preferred provider plan with over 20 million covered lives. The company has also enhanced their websites, metdental.com, for dentists and mybenefits.com, for employees.

MLIC provides other primary group non-medical health insurance offerings including long-term care and disability products. The company seeks to attain critical mass in higher-growth segments such as long-term care, and established John Hancock, the largest employer-sponsored long-term care program for United States government federal employees and their families. The company is also the largest short-term disability carrier in the industry and the second largest overall disability management provider. The disability business covers more than 8 million employees at 13,000 companies worldwide, with a wide range of short and long-term programs including employer-paid, contributory and voluntary programs on an administrative services only or fully insured basis.

Copyright © 2006, A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
http://www.ambest.com for the latest Best's Ratings and Best's Company Reports.

Best's Insurance Reports - Life Health, US, 2006 Edition (2005 Annual Data, Version 2006.1)
06704 - Metropolitan Life Insurance Company

Page 4

RETIREMENT AND SAVINGS PRODUCTS - Retirement and savings products include bundled administrative and investment services sold to sponsors of small and mid-sized 401(k) and other defined contribution plans. MLIC is also a major writer of general account and separate account group annuities. The company offers a variety of stable value products, such as guaranteed interest contracts (GICs) and separate account contracts for the investment of defined benefit and defined contribution assets. The company also offers alternative GICs, in a separate account structure (MetManaged GIC) The MetManaged GIC combines aspects of active asset management with some traditional features of guaranteed interest contracts. The company's stated plan is to sell retirement income products by leveraging its plan sponsor relationships to respond to the retirement needs of their employees. The Company has also issued approximately $10 billion of global GICs to foreign investors.

The acquisition of Travelers has expanded Retirement and Savings product presence in GICs, Global GICs, Funding Agreements, Payout Annuities and Structured Settlements. General Account assets, attributable to Retirement and Savings, will grow approximately 60% as a result of the acquisition.

INDIVIDUAL: The Group serves the middle-income, affluent and business owner markets with protection and asset accumulation products primarily through its agency and independent distribution groups. Products offered include traditional life, term, universal and variable life, qualified and non-qualified variable and fixed annuities, disability and long-term care insurance, as well as mutual funds.

The agency distribution groups include the Metropolitan Life Insurance Co. and New England Financial career and general agency systems. The independent distribution group includes MetLife Investors, GenAm, Walnut Street Securities and Tower Square Securities. In addition, MetLife Resources offers tax-sheltered annuities to educators, healthcare workers and government employees.

Approximately 12,000 full time agents and advisors sell products through these channels. The company has successfully stabilized its career agent field force through increased focus on training, recruitment and administrative support for its producers. These efforts have generated steadily increasing agent productivity and significantly improved agent retention. The segment is now focused on further improving agent productivity, profitable growth and creating a planning platform for all market segments.

The company has also broadened its distribution of individual life and annuities beyond the career agency force and now markets products through independent agents, financial institutions, independent broker/dealers and third party marketing organizations through a series of acquisitions and startups. In 1997, the group expanded its distribution capabilities with the purchase of Security First Group, Inc. In 2000, MLIC acquired General American Life Insurance Company and in 2001, the group created MetLife Investors. Most recently, MetLife, Inc. acquired Travelers Insurance Company and its principal company, Travelers Life and Annuity Company. Today, this unit sells products through over 100,000 registered representatives affiliated with other institutions. In 2004, independent distribution accounted for over 55% of annuity sales and the proportion is expected to grow significantly with the independent distribution arrangements that were part of the Travelers transaction. While A.M. Best expects the sales activities in these alternate distribution sources to continue to expand and generate an increasing proportion of overall sales, the company is still strongly committed to supporting and improving its core career agency system. The company has also started to utilize customer data to identify potential customers and aid in the process of lead generation for its field force. A.M. Best believes the success of these initiatives will be important to expand the revenue base and grow earnings in the individual business segment.

INTERNATIONAL: The group focuses on emerging insurance markets in Asia/Pacific, Latin America and selected European countries and has made several recent acquisitions to expand its global operations. Additional opportunities exist within late-stage, mid-stage and newly-emerging countries, where successful new ventures have been made in countries such as Mexico and Hong Kong. The group currently operates in approximately twelve countries with representative offices in the Czech Republic and China, with relatively new ventures established in India and Chile. The international strategy is to develop the businesses previously owned and those acquired from Citigroup with an objective of establishing a top-five ranking in each country.

In total, the Mexican and Chilean businesses generate a substantial amount of premium volume for its Latin American operations, representing approximately four-fifths of total sales. In November 2001, MetLife, Inc. entered the Chilean market by acquiring two wholly-owned subsidiaries of Santander Central Hispano. In June 2002, MetLife, Inc. completed its acquisition of Aseguradora Hidalgo, S.A. (Hidalgo), Mexico's largest life insurer, for approximately $950 million or 9.2 billion Mexican pesos. MET had operated in Mexico for over ten years prior to the Hidalgo acquisition, and has an estimated market share of 7% in the Mexican life market. The group gained valuable size through Hidalgo's group and individual life insurance operations, with estimated market share of 34% and 23%, respectively. Hidalgo is the primary provider of group insurance and

Copyright © 2006, A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
http://www.ambest.com for the latest Best's Ratings and Best's Company Reports.

26

individual products through worksite marketing to government employees, which is estimated to represent 800,000 of the company's approximately 2.8 million covered lives. Although this contract expired in 2004, the corresponding earnings from this Federal Group Life contract comprise only about one-tenth of this entity's operating earnings. The integration of Hidalgo, which has become a wholly-owned subsidiary of MetLife, Inc., took over one year to fully integrate into the MetLife profile due to the cost synergies, retention of the Hidalgo name, ongoing revenue enhancement opportunities with quasi-government groups and a prospective expansion into the private employer market through worksite marketing.

REINSURANCE: The group's reinsurance operations consist of MetLife, Inc.'s majority ownership of publicly traded life reinsurer Reinsurance Group of America, Incorporated (RGA Inc.) and its wholly-owned life reinsurance subsidiary, RGA Reinsurance Company (RGA). Although the vast majority of RGA's premiums come from the United States, its operations are globally diverse. RGA also provides asset-based reinsurance and financial reinsurance, with a substantial amount of total life reinsurance in-force. MLIC acquired and maintains an approximate 52% ownership of RGA through its acquisition of GenAmerica Financial Corporation on January 6, 2000, and the aggregate stake includes the previously purchased 4.8 million common shares through a private placement offering. Following RGA Inc.'s issuance of Preferred Income Redeemable Securities (PIERS) in December 2001, the Company announced its intent to purchase up to $125 million in additional shares in the public company to offset any potential dilution of its holdings caused by RGA Inc.'s future exercise of the PIERS. MetLife is developing a reinsurance strategy to overhaul the current reinsurance program. Currently the reinsurance program consists of individual transactions with companies in the individual life segment.

CLOSED BLOCK: In connection with the company's conversion to a public stock company, MLIC established a closed block book of business for the benefit of individual participating policyholders, who receive ongoing dividend payments as part of their respective policies. With approval from New York regulators, the Company constructed the closed block and designated sufficient assets that, along with insurance policy premiums, would generate cash flows to support all future benefit and reasonable dividend payments. These cash flows are expected to be sufficient to pay each policyholder, including the last surviving individual, a commensurate amount of cash flow for policyholder benefits and dividends such that the assets and liabilities run out together over time. These results are reported separately on a GAAP basis. Participating policies represent approximately one-fifth of MLIC's life insurance in-force and approximately three-quarters of the total number of life insurance policies in-force (net of reinsurance). While the company may change its policyholder dividends, A.M. Best expects them to be consistent with the historical trend of prior dividend payments.

In 2000 and 2001, the company entered into various reinsurance arrangements related to its closed block policies with unaffiliated third parties for approximately $32 billion in life insurance reserves under modified coinsurance arrangements. These 10-year contracts effectively ceded 90% of the risk underlying these insurance contracts, with the company retaining approximately 10% of this risk. A.M. Best views favorably the group's control over the investment policy related to these contracts and recognizes the significant amount of risk-based capital relief the company obtains from a regulatory perspective for ceding the underlying asset, insurance, interest rate and reserve risk.

## PREMIUM AND RESERVE ANALYSIS

| Direct Premiums (000) | 2005 | 2004 | 2003 | 2002 | 2001 |
|---|---|---|---|---|---|
| Industrial life | 52,129 | 52,725 | 53,082 | 58,426 | 64,228 |
| Ordinary life | 4,787,007 | 4,782,824 | 4,835,783 | 4,942,527 | 5,002,297 |
| Group life | 6,991,724 | 6,481,489 | 6,057,621 | 6,401,825 | 6,874,266 |
| Individual annuities | 3,052,284 | 2,846,970 | 2,853,919 | 2,547,756 | 2,292,470 |
| Group annuities | 9,916,893 | 7,908,331 | 7,258,180 | 7,461,406 | 7,711,993 |
| Individual A&H | 419,620 | 311,759 | 228,231 | 192,721 | 162,277 |
| Group A&H | 3,647,456 | 3,238,835 | 2,690,013 | 2,554,055 | 2,311,914 |
| Other | -6 | -5 | ... | ... | ... |
| Total | 28,867,107 | 25,622,928 | 23,976,829 | 24,158,717 | 24,419,445 |

Copyright © 2006, A.M. Best Company.  All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent.  Visit the A.M. Best website at
http://www.ambest.com for the latest Best's Ratings and Best's Company Reports.

27

Best's Insurance Reports - Life Health, US, 2006 Edition (2005 Annual Data, Version 2006.1)
06704 - Metropolitan Life Insurance Company

| Reins Assumed Prems (000) | 2005 | 2004 | 2003 | 2002 | 2001 |
|---|---|---|---|---|---|
| Ordinary life | 6,457 | 29,838 | 38,076 | 37,595 | 45,953 |
| Group life | 459,375 | 395,131 | 359,691 | 273,195 | 238,073 |
| Individual annuities | 439,765 | 5,201,499 | 5,045,225 | 2,580,660 | 1,027,490 |
| Group annuities | 255 | 1,077 | 377 | 0 | 6,949 |
| Individual A&H | 131,073 | 111,835 | 74,763 | 81,787 | 87,082 |
| Group A&H | 5,688 | 6,161 | 7,319 | 20,238 | 46,351 |
| Other | ... | 98,718 | 52,938 | 166,775 | ... |
| Total | 1,042,613 | 5,844,259 | 5,578,388 | 3,160,250 | 1,451,898 |

| Reins Ceded Prems (000) | 2005 | 2004 | 2003 | 2002 | 2001 |
|---|---|---|---|---|---|
| Ordinary life | 676,410 | 674,129 | 568,697 | 526,463 | 4,681,764 |
| Group life | 1,015,722 | 993,305 | 1,030,506 | 1,049,816 | 990,688 |
| Individual annuities | 13,411 | 5,016 | ... | ... | ... |
| Group annuities | 459 | 487 | 825 | 1,060 | 937 |
| Individual A&H | 75,759 | 79,235 | 80,636 | 87,510 | 90,874 |
| Group A&H | 58,388 | 71,234 | 62,911 | 66,877 | 85,652 |
| Other | 1,734,266 | 2,798,702 | 2,957,005 | 3,212,712 | ... |
| Total | 3,574,414 | 4,622,108 | 4,700,580 | 4,944,437 | 5,849,916 |

| Net Premiums & Deposits (000) | 2005 | 2004 | 2003 | 2002 | 2001 |
|---|---|---|---|---|---|
| Industrial life | 52,129 | 52,725 | 53,082 | 58,426 | 64,228 |
| Ordinary life | 4,145,204 | 4,169,214 | 4,340,172 | 4,492,200 | 735,749 |
| Group life | 6,435,377 | 5,883,315 | 5,386,806 | 5,625,205 | 6,121,651 |
| Individual annuities | 9,400,074 | 13,588,393 | 13,148,699 | 10,085,493 | 8,215,619 |
| Group annuities | 14,379,461 | 12,896,591 | 12,615,046 | 10,238,334 | 9,470,158 |
| Individual A&H | 474,933 | 344,358 | 222,357 | 186,998 | 158,485 |
| Group A&H | 3,594,755 | 3,173,762 | 2,634,421 | 2,507,416 | 2,272,613 |
| Other | -1,734,272 | -2,699,989 | -2,904,067 | -3,045,937 | ... |
| Total | 36,747,662 | 37,408,370 | 35,496,516 | 30,148,135 | 27,038,503 |
| Deposits (incl. above) | 10,412,356 | 10,563,290 | 10,641,880 | 7,773,606 | 7,017,076 |

General Account

| Reserve Distribution (000) | 2005 | 2004 | 2003 | 2002 | 2001 |
|---|---|---|---|---|---|
| Industrial life | 2,299,211 | 2,350,585 | 2,400,309 | 2,444,691 | 2,485,213 |
| Ordinary life | 44,917,093 | 43,753,821 | 43,277,744 | 42,371,238 | 41,208,302 |
| Group life | 5,631,300 | 5,470,858 | 5,332,679 | 5,189,911 | 4,901,053 |
| Supplementary contracts | 802,653 | 769,104 | 737,562 | 739,936 | 705,092 |
| Individual annuities | 18,428,223 | 18,333,996 | 17,076,904 | 15,806,291 | 14,016,349 |
| Group annuities | 35,857,958 | 34,237,855 | 32,805,782 | 32,070,023 | 30,175,202 |
| Deposit type contracts | 28,093,922 | 24,669,611 | 20,097,054 | 14,587,170 | 13,715,154 |
| Individual A&H | 1,842,609 | 1,423,628 | 1,019,342 | 962,696 | 888,314 |
| Group A&H | 4,289,222 | 3,786,870 | 3,536,865 | 3,227,906 | 3,004,672 |
| Total | 142,162,192 | 134,796,328 | 126,284,241 | 117,399,862 | 111,099,352 |

**Current Year Geographic Direct Premium Distribution ($000):** New York, $7,591,697 (22.9%); California, $2,487,075 (7.5%); Illinois, $1,550,185 (4.7%); New Jersey, $1,504,646 (4.5%); Texas, $1,393,999 (4.2%); other jurisdictions,

Copyright © 2006, A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
http://www.ambest.com for the latest Best's Ratings and Best's Company Reports.

Best's Insurance Reports - Life Health, US, 2006 Edition (2005 Annual Data, Version 2006.1)
06704 - Metropolitan Life Insurance Company

$18,582,532 (56.1%).

# EARNINGS

MLIC's statutory earnings have generally improved on a historical basis, with particular improvement seen in the recent years as a result of strengthening in its group annuities business. The operating fundamentals of the company's core businesses have improved over the past five years as additional costs have been removed from its higher-than-average expense infrastructure, providing a strong platform for future profitable growth. The company has implemented a series of initiatives in its individual business segment (individual life and annuities) that have generated productivity enhancements, and vastly improved agent retention. The company has also strategically expanded its presence in the institutional pension arena, through organic growth and strategic acquisitions, both domestically and internationally. As a result of these efforts, the company's reported premium income and operating earnings have generally increased along with consistent positive trends in its asset base, with somewhat unfavorable trends in its separate account asset in recent years due to the volatile equity market conditions and low interest rates that hampered annuity sales.

Historical statutory results by line of business have fluctuated due to a number of factors, including: costs and proceeds associated with the sale of various non-core operations; adverse claims experience in its disability business; expenses related to its demutualization; costs, including severance, associated with restructuring certain operations; and the impact of declining interest rates and problem mortgage and real estate-related investments on its interest sensitive and guaranteed interest contract (GIC) businesses. The company's historical results as a mutual company were also adversely impacted by significant reserving for sales practice claims. Despite the frequency and size of these single-event items, the company has experienced overall improvements in its statutory results due to improved operating fundamentals, particularly with respect to its individual life line of business. The group has produced favorable results overall, offset somewhat by its individual and group annuity segments which have exhibited some volatility in annual sales and performance. The company has also benefited from strong and consistent group life results that reflect favorable mortality experience, strong sales of group term and group variable/universal life product, as well as very strong persistency on existing business. Overall, group life operations have generated between one-quarter and two-thirds of the company's total pre-tax statutory net operating gain over the past five years.

On a GAAP basis, the Group's operating performance in recent years measured in terms of overall profitability, return on assets and return on equity, has also improved steadily. While consolidated operating earnings have improved significantly since demutualization, the group's net income has been somewhat volatile. This is partly due to one-time costs associated with its demutualization including payments to former Canadian policyholders, exiting of certain businesses, and restructuring initiatives. Most recently, the parent company has had to take a number of one-time charges related to prospective settlement of certain actions, including race-conscious underwriting, asbestos, sales practice claims and General American's Medicare administration, which have negatively impacted earnings. MetLife, Inc. also took a $325 million pre-tax charge ($208 million after tax) related to potential claims arising from the September 11 terrorist attacks.

In recent years the group instituted a more disciplined approach to pricing new sales and renewals of its disability products, resulting in improved profitability from 2002 forward offsetting some declines recognized in the late 1990's to early 2000's.

Other recent trends in operating earnings had illustrated declining results related to asset management which was caused primarily by the unfavorable equity markets. Offsetting this trend is improving results in its international group which is attributed to their expansion in emerging markets. The continued success of its restructuring initiatives in the career agency system and renewed revenue growth in its institutional lines have proven to be critical to the company's ability to close the expense gaps associated with its relatively high fixed cost structure, and have strengthened its earning capacity on both a statutory and GAAP basis. Overall, A.M. Best believes the Group's results should continue to show improvements in profitability given the initiatives completed thus far and those underway, in order to achieve the levels of productivity necessary to place the company among the most efficient life insurers. MetLife, Inc. is well-positioned to compete effectively against other insurance focused financial services companies, and expects to see ongoing growth and performance improvements.

# PROFITABILITY TESTS

Copyright © 2006, A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
http://www.ambest.com for the latest Best's Ratings and Best's Company Reports.

29

Best's Insurance Reports - Life Health, US, 2006 Edition (2005 Annual Data, Version 2006.1)
06704 - Metropolitan Life Insurance Company
Page 8

| Year | Ben Paid to NPW & Dep | Comm & Exp to NPW & Dep | NOG to Tot Assets | NOG to Tot Rev | Operating Return on Equity | Net Yield | Total Return |
|------|------|------|------|------|------|------|------|
| 2001 | 92.1 | 10.1 | 0.5 | 2.9 | 14.1 | 7.37 | 8.78 |
| 2002 | 69.5 | 8.4 | 1.0 | 6.2 | 31.6 | 6.72 | 6.14 |
| 2003 | 58.5 | 8.5 | 0.7 | 4.4 | 20.0 | 5.77 | 6.32 |
| 2004 | 58.8 | 9.0 | 1.1 | 7.0 | 30.2 | 5.62 | 5.89 |
| 2005 | 65.9 | 8.8 | 0.5 | 3.8 | 15.4 | 5.69 | 6.44 |
| 03/2005 | 93.8 | 11.1 | 0.2 | 6.6 | 6.2 | 1.32 | 1.39 |
| 03/2006 | 96.7 | 11.4 | 0.2 | 4.9 | 5.0 | 1.33 | 1.33 |

## PROFITABILITY ANALYSIS

| Net Operating Gain (000) | 2005 | 2004 | 2003 | 2002 | 2001 |
|------|------|------|------|------|------|
| Industrial life | 22,976 | 16,818 | 21,005 | 25,466 | 128,987 |
| Ordinary life | -243,283 | 130,423 | 95,135 | 232,528 | 405,825 |
| Group life | 167,340 | 238,530 | 182,192 | 164,639 | 251,582 |
| Supplementary contracts | 163,244 | 127,714 | 124,442 | 83,871 | 76,508 |
| Individual annuities | 31,630 | 534,048 | -14,361 | 15,997 | 105,107 |
| Group annuities | 470,464 | 602,984 | 391,613 | 486,666 | -5,623 |
| Individual A&H | -63,135 | -21,772 | -3,438 | 12,311 | -15,187 |
| Group A&H | 130,571 | 176,756 | 145,326 | 157,233 | -59,079 |
| Other | 661,787 | 729,493 | 553,395 | 770,663 | 147 |
| Total | 1,341,594 | 2,534,992 | 1,495,309 | 1,949,374 | 888,268 |

## ACCIDENT & HEALTH STATISTICS

| Year | Net Premiums Written | Net Premiums Earned | Loss Ratio | Exp. Ratio | Under-writing Results |
|------|------|------|------|------|------|
| 2001 | 2,298,588 | 2,409,579 | 90.6 | 26.3 | -387,686 |
| 2002 | 2,690,482 | 2,689,015 | 84.7 | 21.8 | -154,385 |
| 2003 | 2,873,974 | 2,855,757 | 87.3 | 22.0 | -116,684 |
| 2004 | 3,561,615 | 3,505,318 | 84.2 | 23.8 | -172,687 |
| 2005 | 4,110,477 | 4,078,792 | 78.1 | 21.7 | -344,052 |
| **Current Year Experience:** | | | | | |
| Group | 3,551,745 | 3,594,380 | 77.4 | 17.8 | -167,995 |
| Collectively renew | 6 | 6 | 170.0 | 2.3 | -4 |
| Non-can | 169,617 | 166,858 | 78.3 | 48.6 | -46,084 |
| Guaranteed renew | 386,665 | 315,535 | 85.7 | 45.1 | -129,302 |
| Non-renew, S.R. | 2,262 | 1,837 | 49.7 | 76.7 | -812 |
| Other accident | 12 | 12 | 120.2 | 2.2 | -3 |
| Other | 170 | 165 | 5.7 | 3.8 | 149 |

## CAPITALIZATION

The MetLife Group has maintained moderate amounts of financial leverage and good financial flexibility that compare

Copyright © 2006, A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
http://www.ambest.com for the latest Best's Ratings and Best's Company Reports.

3d

Best's Insurance Reports - Life Health, US, 2006 Edition (2005 Annual Data, Version 2006.1)
06764 - Metropolitan Life Insurance Company

favorably to its similarly rated peers. During 2005, due to the TL&A acquisition, MetLife increased its financial leverage to roughly 30% -- attributing some equity credit for hybrid securities. A.M. Best expects this level to moderate back to management's 25% target by early 2007.

In recent years, MLIC increased its capital and surplus by limiting dividends to the holding company, issuing capital notes and selling certain higher-risk assets including real estate. These efforts follow the company's aggressive management of its capital in recent years, which resulted in weakened risk adjusted-capitalization caused by approximately $721 million in ordinary dividends paid to the parent, along with approximately $3.1 billion in additional extraordinary dividends, which received approval for payment from New York regulators. MetLife was permitted to pay these dividends after completing intercompany sales of certain undervalued real estate properties at fair market value to Metropolitan Insurance and Annuity Company, a former subsidiary of MetLife. Based upon these dividends, capital and surplus fell by over $2.0 billion, with only a modest benefit derived from adopting codification in 2001. Prior to 2001, the company's capital base had remained virtually unchanged over the prior four years based upon consistent and strong investment income, tempered by fluctuations in operating performance, varying levels of both realized and unrealized capital gains and losses and consistent policyholder dividend payments.

MetLife continues to refine its organizational structure by implementing restacking initiatives to increase the financial flexibility of several of its insurance entities, enhance their upstream dividend capacity to the parent holding company, eliminate non-core, redundant entities and generate a moderate level of statutory gains. Additionally, in 2006 Paragon Life has merged into MLIC. In recent years, Security Equity Life Insurance Company and MetLife Security Insurance Company of Louisiana merged into the parent MetLife, Inc. A.M. Best considers the risk-adjusted capital position of the MetLife group, inclusive of all life insurance entities on a consolidated basis, to measure commensurately with other superior rated companies, attention is also placed on the appropriate level of risk-adjusted capital in each individual subsidiary. However, the collective actions taken by management reinforce MetLife's diverse and substantial financial resources, with a significant amount of available funds remaining at the parent company and within the MetLife organization, albeit outside the insurance company's control.

As a mutual company, MetLife traditionally added to its capital base through the issuance of surplus notes with $700 million issued in 1993 and another $700 million in 1995. Currently, MetLife has approximately $699 million in total surplus notes, following the call and redemption of $700 million in surplus notes in 2003. The remaining outstanding notes also include $148 million issued by New England Life Insurance Co. and $100 million issued by General American Life (GenAm), both of which were assumed by MetLife at the time of their respective company acquisitions. MetLife financed the acquisition of GenAm, as well as the stabilization program to provide liquidity to satisfy GenAm's institutional funding agreement contracts, mainly through the issuance of commercial paper. A.M. Best notes that MetLife currently retains capacity under MetLife Funding's commercial paper program, strong liquidity within its invested asset portfolio, multiple sources of external financing availability and additional liquidity through MetLife's committed credit facilities, providing adequate capacity to satisfy the ongoing liquidity needs of the enterprise.

## LEVERAGE TESTS

| Year | C&S to Liabilities | Surplus Relief | Reins Leverage | NPW & Dep to Capital | Change in NPW & Dep | Change in Capital |
|------|------|------|------|------|------|------|
| 2001 | 7.1 | 9.2 | 76.0 | 3.0 | 14.5 | -24.4 |
| 2002 | 7.0 | 7.6 | 48.6 | 2.6 | 11.5 | 29.7 |
| 2003 | 6.3 | 5.4 | 42.9 | 3.0 | 17.7 | 1.3 |
| 2004 | 6.8 | 5.9 | 39.1 | 2.9 | 5.4 | 10.0 |
| 2005 | 6.5 | 4.9 | 50.8 | 2.9 | -1.8 | -2.8 |
| | | | | | | |
| 03/2005 | 6.9 | 1.1 | XX | 0.5 | -14.3 | 5.1 |
| 03/2006 | 6.3 | 1.0 | XX | 0.5 | 8.0 | 2.1 |

2005 BCAR: 129

## SOURCES OF CAPITAL GROWTH
### (in thousands of dollars)

Copyright © 2006, A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
http://www.ambest.com for the latest Best's Ratings and Best's Company Reports.

Best's Insurance Reports - Life Health, US, 2006 Edition (2005 Annual Data, Version 2006.1)    Page 10
06704 - Metropolitan Life Insurance Company

| Year | Net Gain | Realized Capital Gains | Unrealized Capital Gains | Change AVR | Other Changes | Change in C&S |
|------|------|------|------|------|------|------|
| 2001 | 888,268 | 1,889,481 | -103,203 | -535,048 | -3,979,097 | -1,839,598 |
| 2002 | 1,949,374 | -487,167 | -308,992 | 553,490 | -91,344 | 1,615,361 |
| 2003 | 1,495,309 | 673,424 | 191,255 | 635,161 | -2,003,329 | 991,821 |
| 2004 | 2,534,992 | 113,203 | 281,920 | -518,222 | -1,585,295 | 826,597 |
| 2005 | 1,341,594 | 813,451 | 510,852 | 177,454 | -3,008,545 | -165,193 |
| 03/2005 | 570,403 | 196,206 | -69,007 | XX | XX | XX |
| 03/2006 | 449,518 | -13,153 | 18,822 | XX | XX | XX |

## CAPITAL TRENDS
### (in thousands of dollars)

| Year | Year end C&S | Surplus Notes | Stock-holder Divs | Policy-holder Divs | Asset Valuation Reserve | Interest Maintenance Reserve |
|------|------|------|------|------|------|------|
| 2001 | 5,370,716 | 1,547,665 | 3,753,786 | 661,032 | 3,657,018 | 330,308 |
| 2002 | 6,986,077 | 1,547,704 | 903,900 | 208,550 | 4,726,074 | 724,609 |
| 2003 | 7,977,898 | 847,830 | 1,448,100 | 296,111 | 3,883,471 | 783,823 |
| 2004 | 8,804,495 | 847,830 | 797,000 | 265,433 | 4,244,092 | 836,872 |
| 2005 | 8,639,302 | 1,397,830 | 3,200,000 | 179,987 | 4,049,136 | 560,151 |
| 03/2005 | 9,549,846 | XX | ... | 52,295 | 4,161,041 | 793,468 |
| 03/2006 | 9,342,671 | XX | ... | 1,630 | 3,606,351 | 442,361 |

# INVESTMENTS AND LIQUIDITY

MLIC's admitted assets are well-diversified and its overall liquidity position is strong. In addition to quality, diversification and optimizing risk adjusted investment income and risk adjusted total return, the Group's investment philosophy requires that a reasonable match exists between the option adjusted characteristics of its assets and cash flow needs of its insurance and investment products. Historically, bonds and mortgage loans have comprised approximately four-fifths of consolidated invested assets, with real estate, policy loans, equity holdings, cash and short-term investments and other assets, including limited partnership interests, comprising the remaining classes. In recent years, the company had shifted more assets from its real estate holdings, common stock and policy loans into bonds, mortgage loans and cash and short-term investments. Fixed-income investments are diversified among publicly traded and privately placed corporate bonds, U.S. Government and municipals, foreign bonds, commercial and residential mortgage-backed securities (MBS) and asset-backed securities (ABS). The company is a significant participant in the private placement bond market, which increased as a percentage of MLIC's portfolio and represents approximately one-fifth of its bond investments. A.M. Best believes these are appropriate investments due to the relatively stable individual life insurance liabilities and the scale of its investment operations. Both the public and private corporate portfolios are highly diversified by economic sector and issuer, with investments typically spread among the industrial, utility and financial sectors. The company has maintained a high quality bond portfolio with over 90% rated investment grade. Met has reversed the buildup in high yield corporate securities as the risk adjusted total return no longer seemed attractive.

Like many of its competitors, MetLife maintains a manageable exposure to mortgage backed securities (MBS) which, despite their relatively high credit quality, can present a higher degree of interest rate risk and cash flow volatility. Historically, MBS have represented approximately one-fifth of the company's consolidated fixed maturities. A majority of the company's MBS portfolio is collateralized mortgage obligations (CMOs), which generally have more stable cash flows. MetLife's conservative asset/liability management practices match MBS with liabilities that have similar durations as well as interest rate and cash flow risks.

Copyright © 2006, A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
http://www.ambest.com for the latest Best's Ratings and Best's Company Reports.

MetLife maintains a diversified portfolio of mortgage and equity investments. Mortgage holdings are well diversified by asset type with exposure to both commercial and agricultural loans. Commercial and agricultural loans are distributed geographically and by type of end-use with commercial mortgage exposure to loans made on office, retail, industrial and apartment properties. The company's diverse mortgage holdings generate substantial cash flows, and the portfolio is conservatively managed. MetLife's portfolio diversification in real estate equity and commercial mortgage and agricultural loans was a source of portfolio strength during the recent credit cycle downturn.

MetLife continues to maintain an above-average exposure to real estate related investments, although this exposure has been significantly reduced in recent years on an absolute basis and as a percentage of capital and surplus. As part of the company's plan to gradually reduce its exposure to equity real estate since 1992, sales have occurred on a number of properties, which have generated solid gains, reflecting the generally favorable real estate market conditions. Further, in 2001 the company affected an intercompany sale of two undervalued real estate properties between MLIC and Metropolitan Insurance and Annuity Company (MIAC), which resulted in approximately $1.5 billion in realized capital gains for MetLife and gains on common stock of affiliates totaling $800 million. On a GAAP basis, these transactions were eliminated upon consolidation. The company also sold selected various targeted real estate properties in 2002 and reaped material capital gains from these undervalued assets, further evidence of the company's deep financial flexibility. In 2003, MetLife continued to evaluate its real estate portfolio and is embarking on a new strategy to invest in smaller commercial and residential properties, which will increase portfolio diversification and allow greater diversification and opportunistic selling of properties, thereby creating higher returns. It subsequently sold 11 Madison Avenue, California Plaza and other select properties for a material net gain. Additionally, in 2004, the most significant sale was the Sears Tower in Chicago, which delivered an after tax gain of approximately $90 million. In 2005, as part of the Travelers acquisition funding plan, and reflecting the strong NYC market, the company sold 200 Park Avenue and One Madison Avenue, its former iconic headquarters realizing after tax capital gains of $750 million and $420 million respectively.

Derivatives contracts, such as futures, swaps, caps, floors and options, are utilized to hedge or reduce risks associated with its invested assets, liabilities, portfolios of assets or liabilities or anticipated transactions. In addition, the company enters into replication derivative transactions. Given the strong asset/liability management practices of the company, A.M. Best believes that the company appropriately manages its exposure in this area. MLIC's notional amount of derivatives contracts outstanding is modest relative to its asset base.

MLIC has generated overall strong and consistent investment income and yields from its asset portfolio. The investment yield has been somewhat tempered by the lower interest rate environment impacting the yield of new and reinvested cash. With an improving economic climate, realized investment losses significantly declined. The company's unrealized loss position decreased during the same time period and the current balance represents primarily market driven losses rather than credit or economic losses. The anticipation of higher rates has caused MetLife to begin repositioning its various bond portfolios generating somewhat higher levels of realized losses that are anticipated to be offset by redeployment at higher rates. A.M. Best notes the Group's ability to generate significant and consistent investment returns in spite of fluctuating market conditions reflects favorably on the company's investment management expertise and quality and depth of its portfolio.

## LIQUIDITY TESTS

| Year | Operating Cash Flow ($000) | Quick Liquidity | Current Liquidity | Non-Inv Grade Bonds to Capital | Delnq & Foreclsd Mtg to Capital | Mtg & Cred Ten Lns & RE to Cap | Affil Invest to Capital |
|------|------|------|------|------|------|------|------|
| 2001 | 9,939,624 | 39.5 | 49.6 | 100.8 | 0.9 | 315.7 | 82.4 |
| 2002 | 17,317,999 | 43.5 | 52.6 | 92.8 | 0.2 | 248.6 | 79.3 |
| 2003 | 17,209,861 | 45.1 | 54.2 | 86.9 | 0.3 | 248.1 | 124.3 |
| 2004 | 7,818,064 | 43.9 | 55.1 | 69.4 | 0.3 | 255.3 | 124.8 |
| 2005 | 1,306,233 | 41.5 | 50.7 | 74.9 | 0.2 | 276.2 | 110.9 |
| | | | | | | | |
| 03/2005 | 6,151,031 | XX | XX | 67.9 | 0.2 | 237.4 | XX |
| 03/2006 | 14,261,401 | XX | XX | 78.5 | 0.3 | 272.7 | XX |

## INVESTMENT YIELDS

Copyright © 2006, A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
http://www.ambest.com for the latest Best's Ratings and Best's Company Reports.

37

Best's Insurance Reports - Life Health, US, 2006 Edition (2005 Annual Data, Version 2006.1)
06764 - Metropolitan Life Insurance Company

Page 12

| Year | Net Yield | Bonds | Stocks | Mort-gages | Cash & Short Term | Real Estate Gross | Real Estate Net | Invest. Exp. Ratio |
|------|-----------|-------|--------|------------|-------------------|-------------------|-----------------|--------------------|
| 2001 | 7.37 | 7.53 | 2.78 | 7.86 | 5.24 | 22.07 | 8.48 | 11.36 |
| 2002 | 6.72 | 7.06 | 4.45 | 7.62 | 4.57 | 20.86 | 9.46 | 11.35 |
| 2003 | 5.77 | 5.90 | 1.39 | 7.38 | 3.61 | 18.50 | 9.03 | 10.65 |
| 2004 | 5.62 | 5.57 | 2.22 | 7.16 | 1.94 | 17.41 | 8.21 | 9.47 |
| 2005 | 5.69 | 5.90 | 3.51 | 6.99 | 4.34 | 16.08 | 7.83 | 12.69 |

## INVESTMENT DATA

Current Year Distribution of Bonds By Maturity

| | 0-1 | 1-5 | 5-10 | 10-20 | 20- | Yrs-Avg Maturity |
|--|-----|-----|------|-------|-----|------------------|
| Government | 0.6 | 3.0 | 4.1 | 1.1 | 3.6 | 12 |
| Gov't Agencies & Muni | 1.1 | 2.9 | 2.7 | 6.2 | 7.3 | 15 |
| Public Utilities | 0.4 | 1.1 | 1.0 | 0.9 | 2.0 | 14 |
| Industrial & Misc | 5.7 | 17.9 | 17.0 | 5.2 | 9.3 | 9 |
| Affiliated | 0.4 | 0.3 | 0.4 | ... | 5.8 | 22 |
| Total | 8.2 | 25.2 | 25.2 | 13.4 | 28.0 | 12 |

| | 2005 | 2004 | 2003 | 2002 | 2001 |
|--|------|------|------|------|------|
| Bonds (000) | 124,181,675 | 126,185,373 | 121,526,988 | 104,314,151 | 83,669,715 |
| US Government | 10.6 | 7.9 | 9.0 | 14.1 | 11.7 |
| Foreign Government | 1.8 | 1.8 | 2.0 | 2.2 | 2.6 |
| Foreign - All Other | 10.7 | 10.4 | 8.9 | 9.9 | 12.2 |
| State/Special Revenue - US | 20.0 | 19.3 | 21.9 | 16.7 | 15.7 |
| Public Utilities - US | 5.1 | 5.5 | 5.7 | 4.2 | 5.4 |
| Industrial & Misc - US | 44.7 | 46.8 | 45.5 | 48.1 | 48.5 |
| Credit Tenant Lns - US | ... | 0.3 | 0.4 | 0.5 | 0.5 |
| Affiliated | 7.0 | 8.0 | 6.6 | 4.3 | 3.3 |
| Private Issues | 15.4 | 19.5 | 14.1 | 16.1 | 19.7 |
| Public Issues | 84.6 | 80.5 | 85.9 | 83.9 | 80.3 |

| Bond Quality (%) | 2005 | 2004 | 2003 | 2002 | 2001 |
|------------------|------|------|------|------|------|
| Class 1 | 72.1 | 70.0 | 68.5 | 65.9 | 59.1 |
| Class 2 | 20.3 | 22.9 | 23.2 | 23.8 | 30.2 |
| Class 3 | 4.4 | 4.4 | 4.8 | 6.4 | 6.6 |
| Class 4 | 2.9 | 2.4 | 2.9 | 3.0 | 3.3 |
| Class 5 | 0.2 | 0.3 | 0.4 | 0.6 | 0.6 |
| Class 6 | 0.0 | 0.1 | 0.2 | 0.3 | 0.2 |

| | 2005 | 2004 | 2003 | 2002 | 2001 |
|--|------|------|------|------|------|
| Mortgages (000) | 31,380,717 | 29,623,663 | 25,729,723 | 24,619,496 | 22,953,062 |
| Commercial | 80.2 | 81.1 | 80.0 | 79.6 | 77.5 |
| Residential | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Farm | 19.8 | 18.9 | 20.0 | 20.4 | 22.5 |

Copyright © 2008, A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
http://www.ambest.com for the latest Best's Ratings and Best's Company Reports.

34

Best's Insurance Reports - Life Health, US, 2006 Edition (2005 Annual Data, Version 2006.1)    Page 13
06704 - Metropolitan Life Insurance Company

| Mortgage Quality (%) | 2005 | 2004 | 2003 | 2002 | 2001 |
|---|---|---|---|---|---|
| 90 Days Delinquent | 0.1 | 0.0 | 0.1 | 0.0 | 0.1 |
| In Process of Foreclosure | 0.0 | 0.1 | 0.0 | 0.0 | 0.1 |
| Total Delinquencies | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 |

| | 2005 | 2004 | 2003 | 2002 | 2001 |
|---|---|---|---|---|---|
| Real Estate (000) | 3,665,994 | 3,315,114 | 3,245,193 | 3,999,616 | 5,078,624 |
| Property Occupied by Co | 7.5 | 6.5 | 7.0 | 6.6 | 8.2 |
| Property Held for Inc | 92.5 | 86.9 | 90.2 | 88.0 | 91.0 |
| Property Held for Sale | 0.0 | 6.6 | 2.8 | 5.4 | 0.8 |

| | 2005 | 2004 | 2003 | 2002 | 2001 |
|---|---|---|---|---|---|
| Stocks (000) | 4,197,344 | 4,428,176 | 4,906,275 | 5,115,538 | 7,553,619 |
| Unaffiliated Common | 39.9 | 31.0 | 15.7 | 16.9 | 32.5 |
| Affiliated Common | 10.5 | 13.9 | 31.4 | 54.3 | 45.9 |
| Unaffiliated Preferred | 5.6 | 8.7 | 14.2 | 15.4 | 11.5 |
| Affiliated Preferred | 43.9 | 46.3 | 38.7 | 13.4 | 10.0 |

| | 2005 | 2004 | 2003 | 2002 | 2001 |
|---|---|---|---|---|---|
| Other Inv Assets (000) | 14,768,206 | 13,749,466 | 12,737,120 | 10,084,321 | 11,336,928 |
| Cash | 7.2 | 10.3 | 11.1 | 1.4 | 19.0 |
| Short-Term | 3.5 | 6.3 | 15.0 | 17.2 | 14.6 |
| Schedule BA Assets | 45.6 | 40.1 | 26.3 | 27.2 | 19.6 |
| All Other | 43.8 | 43.4 | 47.6 | 54.2 | 46.8 |

# HISTORY

**Date Incorporated:** 03/24/1868          **Date Commenced:** 03/25/1868
**Domicile:** NY

The Group periodically re-stacks its organization to promote operating efficiencies, financial flexibility and improve dividend capacity through its entities. In October 2003, MetLife, Inc. completed another re-stacking transaction to increase capital efficiency and flexibility between the parent MetLife, Inc., and its subsidiaries. This restacking plan resulted in the following intercompany transactions: MLIC sold Metropolitan Property and Casualty Insurance Company, Metropolitan Tower Life Insurance Company and two non-insurance subsidiaries to MetLife, Inc., the parent holding company. In addition, Security Equity Life Insurance Company and MetLife Security Insurance Company of LA were merged into the parent MetLife, Inc.. In 2002, MetLife, Inc.'s restacking plan resulted in the following intercompany transactions; MetLife, Inc. contributed MetLife Iberia, its Spanish subsidiary, to MetLife International Holdings, Inc. (MIH); MetLife, Inc. acquired Security Equity Life Insurance Company (Security Equity) and Cova Corporation (Cova) from General American Life Insurance Company (GenAm); MLIC contributed its subsidiary, Texas Life Insurance Company, to Cova; and MetLife sold MIH, Cova, MetLife Investors Group, Inc. and various foreign subsidiaries to MetLife, Inc., the parent holding company. GenAm also sold Missouri Reinsurance (Barbados), Inc. to MetLife and Walnut Street Securities to MetLife, Inc. In that same year, MetLife Group, Inc., a new subsidiary of MetLife, Inc., was created as an employee services company that supports all of the enterprise's personnel needs.

**Mergers:** Paragon Life Insurance Company, Missouri, 2006.

# OFFICERS

Chairman of the Board and Chief Executive Officer, C. Robert Henrikson; Presidents, Leland C. Launer, Jr. (Institutional), William J. Toppeta (International), Lisa M. Weber (Individual Business and Auto & Home); Senior Executive Vice President and Chief Administrative Officer, Catherine A. Rein; Executive Vice President and Chief Financial Officer, William J. Wheeler; Executive Vice President and Chief Investment Officer, Steven A. Kandarian; Executive Vice President and General

Copyright © 2006, A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
http://www.ambest.com for the latest Best's Ratings and Best's Company Reports.

35

Counsel, James L. Lipscomb; Executive Vice President, Joseph J. Prochaska, Jr.; Senior Vice President and Secretary, Gwenn L. Carr; Senior Vice President and Treasurer, Anthony J. Williamson; Vice President and Actuary, Patrick D. Studley.

## DIRECTORS

Curtis H. Barnette, Burton A. Dole, Jr., Cheryl W. Grise, C. Robert Henrikson, James R. Houghton, Harry P. Kamen, Helene L. Kaplan, John M. Keane, James M. Kilts, Charles M. Leighton, Sylvia M. Mathews, Hugh B. Price, Kenton J. Sicchitano, William C. Steere, Jr.

## REINSURANCE

The company reinsures up to 90% of the mortality risk of certain blocks of life insurance. For more recent individual life blocks, the company reinsures certain corridors of mortality risk in excess of $1 million per life. The company's maximum net retention on any one life is $25,000,000. In addition to reinsuring mortality risk, the company reinsures other risks and specific coverages.

The company cedes reinsurance to a diversified array of affiliated and nonaffiliated reinsurers. Placement of reinsurance is done primarily on an automatic basis and also on a facultative basis for risks of specific characteristics. Reinsurance is primarily on a coinsurance, yearly renewable term, and modified coinsurance basis. The company also assumes a significant amount of insurance from affiliates as well as a few blocks from non-affiliates.

## REGULATORY

An examination of the financial condition is being made as of December 31, 2003 by the Insurance Department of New York. The 2005 annual independent audit of the company was conducted by Deloitte & Touche, LLP. The annual statement of actuarial opinion is provided by Patrick D. Studley, Vice President and Senior Actuary.

**Territory:** The company is licensed in the District of Columbia, Puerto Rico, U.S. Virgin Islands and all states. It is also licensed in all Canadian provinces and territories. It is also permitted to solicit life insurance among certain military personnel and their dependents and certain other United States and Canadian citizens overseas.

**Reserve basis:** (Current ordinary business): 1980 CSO 3% to 5.0% for policies which are valued on either the Net Level Premium Plan, CRVM or GCV valuation. (Current group annuity business): GAR94 and 1983 GAM 4.75% to 6.25%; CARVM. (Current individual annuity business): Annuity 2000 and 1983 Table a 4.75% to 6.25%; CARVM.

## FINANCIAL INFORMATION

### BALANCE SHEET - December 31, 2005
### (in thousands of dollars)

Copyright © 2006, A.M. Best Company.  All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent.  Visit the A.M. Best website at
http://www.ambest.com for the latest Best's Ratings and Best's Company Reports.

36

Best's Insurance Reports - Life Health, US, 2006 Edition (2005 Annual Data, Version 2006.1)
08704 - Metropolitan Life Insurance Company

| Assets | | Liabilities | |
|---|---|---|---|
| *Total bonds | 124,181,675 | +Net policy reserves | 114,068,270 |
| *Total preferred stocks | 2,081,168 | Policy claims | 2,200,482 |
| *Total common stocks | 2,116,176 | Deposit type contracts | 28,093,922 |
| Mortgage loans | 31,380,717 | Interest maint reserve | 560,151 |
| Real estate | 3,665,994 | Comm taxes expenses | 1,485,089 |
| Contract loans | 5,440,030 | Asset val reserve | 2,809,134 |
| Cash & short-term inv | 1,571,843 | Contingency reserve | 1,240,002 |
| Other invested assets | 6,727,061 | Other liabilities | 27,225,918 |
| Prems and consids due | 1,487,983 | | |
| Accrued invest income | 1,715,911 | Tot liab w/o sep accts | 177,682,968 |
| Other assets | 5,923,359 | Separate account bus | 64,033,411 |
| | | Total Liabilities | 241,716,379 |
| Tot assets w/o sep accts | 186,291,918 | Common stock | 4,945 |
| Separate account bus | 64,063,764 | Surplus notes | 1,397,830 |
| | | Paid in & contrib surpl | 5,373,823 |
| | | Special surplus funds | 363,660 |
| | | Unassigned surplus | 1,499,044 |
| Assets | 250,355,681 | Total | 250,355,681 |

*Securities are reported on the bases prescribed by the National Association of Insurance Commissioners. + Analysis of reserves; Life $51,137,987; annuities $54,271,629; supplementary contracts with life contingencies $1,288,629; accidental death benefits $62,314; disability active lives $276,836; disability disabled lives $307,977; miscellaneous reserves $591,066; accident & health $6,131,831.

## SUMMARY OF OPERATIONS
### (in thousands of dollars)

| Premiums: | | Death benefits | 5,926,342 |
|---|---|---|---|
| Ordinary life | 4,117,055 | Matured endowments | 16,993 |
| Individual annuities | 3,478,638 | Annuity benefits | 3,587,698 |
| Group life | 6,435,377 | Disability benefits | 27,384 |
| Group annuities | 9,916,689 | Surrender benefits | 11,030,155 |
| Acc & health group | 3,594,755 | Group conversion | 3,286 |
| Acc & health other | 474,933 | Acc & health benefits | 2,528,876 |
| Industrial | 52,129 | Int on policy funds | 922,202 |
| Misc premiums | -1,734,272 | Supplementary contracts | 177,720 |
| Total premiums | 26,335,305 | Incr life reserves | 3,020,220 |
| Supplementary contracts | 124,567 | Incr a & h reserves | 646,333 |
| Net investment income | 9,878,570 | Change in reserves | 33,223 |
| Amort interest maint res | 11,477 | Commissions | 656,156 |
| Net gain from sep acct | 6,844 | Comm exp reins assumed | 41,385 |
| Comm & exp reins ceded | 426,636 | Insur taxes lic & fees | 351,102 |
| Res adj on reins ceded | -2,430,056 | General ins expenses | 2,603,710 |
| Other income | 729,513 | Net transf to sep acct | 1,368,037 |
| | | Misc operating expense | 12,165 |
| | | Other disbursements | 5 |
| Total | 35,082,857 | Total | 32,952,991 |

Copyright © 2006, A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
http://www.ambest.com for the latest Best's Ratings and Best's Company Reports.

37

Best's Insurance Reports - Life Health, US, 2006 Edition (2005 Annual Data, Version 2006.1)
06704 - Metropolitan Life Insurance Company

| | |
|---|---:|
| Gain from operations before FIT & div to policyholders | 2,129,865 |
| Dividends to policyholders: life | 180,369 |
| Dividends to policyholders: accident & health | -383 |
| Gains from operations after dividends to policyholders | 1,949,879 |
| Federal income taxes incurred | 608,284 |
| Net gain from operations after FIT and dividends | 1,341,594 |

## CASH FLOW ANALYSIS
### (in thousands of dollars)

| Funds Provided | | Funds Applied | |
|---|---:|---|---:|
| Gross cash from oper | 36,446,297 | Benefits paid | 25,868,118 |
| Long-term bond proceeds | 103,301,182 | Comm, taxes, expenses | 3,656,391 |
| Other invest proceeds | 12,843,767 | Long-term bonds acquired | 102,832,255 |
| Other cash provided | 3,977,397 | Other cash applied | 24,917,305 |
| Decr cash & short-term | 705,427 | | |
| Total | 157,274,069 | Total | 157,274,069 |

## INTERIM BALANCE SHEET
### (in thousands of dollars)

| Assets | 03/31/2006 | | |
|---|---:|---|---|
| Total bonds | 137,906,604 | ... | ... |
| Total preferred stocks | 2,152,072 | ... | ... |
| Total common stocks | 2,307,769 | ... | ... |
| Mortgage loans | 31,630,224 | ... | ... |
| Real estate | 3,681,899 | ... | ... |
| Contract loans | 5,422,716 | ... | ... |
| Cash & short-term inv | 1,722,846 | ... | ... |
| Other invested assets | 6,880,184 | ... | ... |
| Accrued invest income | 1,928,366 | ... | ... |
| Other assets | 7,628,050 | ... | ... |
| Tot assets w/o sep accts | 201,260,730 | | |
| Separate account bus | 66,193,880 | ... | ... |
| Assets | 267,454,611 | | |

| Liabilities | 03/31/2006 | | |
|---|---:|---|---|
| Net policy reserves | 114,361,104 | ... | ... |
| Liab for deposit-type contracts | 30,089,132 | ... | ... |
| Policy claims | 2,387,749 | ... | ... |
| Interest maint reserve | 442,361 | ... | ... |
| Comm taxes expenses | 1,348,999 | ... | ... |
| Asset val reserve | 2,568,830 | ... | ... |
| Contingency reserve | 1,037,521 | ... | ... |
| Other liabilities | 39,715,152 | ... | ... |
| Tot liab w/o sep funds | 191,950,847 | | |

Copyright © 2006, A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
http://www.ambest.com for the latest Best's Ratings and Best's Company Reports.

38

Best's Insurance Reports - Life Health, US, 2006 Edition (2005 Annual Data, Version 2006.1)
06704 - Metropolitan Life Insurance Company
Page 17

| | | | |
|---|---|---|---|
| Separate account bus | 66,161,092 | ... | ... |
| Total liabilities | 258,111,940 | | |
| Common stock | 4,945 | ... | ... |
| Surplus notes | 1,397,830 | ... | ... |
| Paid in & contrib surpl | 5,373,823 | ... | ... |
| Special surplus funds | 348,373 | ... | ... |
| Unassigned surplus | 2,217,701 | ... | ... |
| Total | 267,454,611 | | |

## INTERIM SUMMARY OF OPERATIONS

| | Period Ended 3/31/2006 | Period Ended 3/31/2005 | Increase/ (Decrease) |
|---|---|---|---|
| Prems & ann consid | 6,957,692 | 6,444,285 | 513,407 |
| Total premiums | 6,957,692 | 6,444,285 | 513,407 |
| Supplementary contracts | 31,521 | 32,530 | -1,010 |
| Net investment income | 2,474,908 | 2,375,833 | 99,076 |
| Amort interest main res | -3,661 | 5,193 | -8,855 |
| Net gain from sep acct | 13 | 5,748 | -5,734 |
| Comm & exp reins ceded | 90,253 | 102,163 | -11,910 |
| Res adj on reins ceded | -602,215 | -509,396 | -92,820 |
| Other income | 184,200 | 141,928 | 42,272 |
| Total | 9,132,710 | 8,598,284 | 534,427 |
| Death benefits | 1,716,863 | 1,497,235 | 219,629 |
| Matured endowments | 4,663 | 4,270 | 393 |
| Annuity benefits | 919,114 | 895,823 | 23,292 |
| Surrender benefits | 3,031,420 | 2,778,630 | 252,791 |
| Disability and A&H ben | 699,778 | 637,337 | 62,441 |
| Group conversions | -64 | 459 | -523 |
| Int on policy funds | 312,118 | 186,565 | 125,553 |
| Supplementary contracts | 44,932 | 43,668 | 1,264 |
| Change in reserves | 620,723 | 1,271,766 | -651,043 |
| Commissions | 162,336 | 151,198 | 11,138 |
| Comm exp reins assumed | 6,923 | 12,854 | -5,931 |
| Insur taxes lic & fees | 106,956 | 87,520 | 19,436 |
| General ins expenses | 608,435 | 568,609 | 39,826 |
| Net transf to sep acct | 476,038 | -143,437 | 619,475 |
| Other disbursements | -9,440 | 1,847 | -11,287 |
| Total | 8,700,796 | 7,994,343 | 706,453 |
| Gain from operations before FIT & div to policyholders | 431,914 | 603,941 | -172,027 |
| Dividends to policyholders | 1,630 | 52,295 | -50,665 |

Copyright © 2006, A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
http://www.ambest.com for the latest Best's Ratings and Best's Company Reports.

| | | | |
|---|---|---|---|
| Gain from operations after dividends to policyholders | 430,284 | 551,646 | -121,362 |
| Federal income taxes incurred | -19,234 | -18,757 | -477 |
| Net gain from operations after FIT and dividends | 449,518 | 570,403 | -120,885 |

## SEPARATE ACCOUNT DATA

| | 2005 | 2004 | 2003 | 2002 | 2001 |
|---|---|---|---|---|---|
| Sep Acct Assets | 64,063,764 | 59,874,394 | 53,914,032 | 46,311,329 | 49,740,095 |
| % Growth | 7.0 | 11.1 | 16.4 | -6.9 | -11.0 |
| S/A Assets/Adm Assets | 25.6 | 24.5 | 23.5 | 23.0 | 26.8 |
| | | | | | |
| Sep Acct Reserves | 58,867,740 | 54,759,753 | 49,865,538 | 42,959,124 | 46,926,568 |
| % Ordinary Life | 5.5 | 5.3 | 5.1 | 4.4 | 4.3 |
| % Individual Annuities | 22.0 | 20.6 | 19.0 | 16.8 | 20.0 |
| % Group Annuities | 59.7 | 61.3 | 62.9 | 65.9 | 64.5 |
| % Group Life | 12.7 | 12.7 | 13.0 | 13.0 | 11.2 |
| Deposit Type Liabilities | 13,671 | 13,011 | ... | ... | ... |
| Other Liabilities | 5,152,000 | 5,053,474 | 3,932,643 | 3,245,716 | 2,626,533 |
| Sep Acct Surplus | 30,352 | 48,156 | 115,852 | 106,489 | 186,994 |
| | | | | | |
| S/A Prems & Deposits | 9,223,756 | 6,970,044 | 6,578,885 | 10,360,398 | -3,276,101 |
| % Ordinary Life | 5.8 | 8.0 | 7.7 | 5.2 | -16.0 |
| % Individual Annuities | 15.8 | 19.0 | 11.8 | 35.2 | 2.7 |
| % Group Annuities | 65.0 | 60.7 | 64.6 | 48.2 | 157.9 |
| % Group Life | 9.7 | 7.6 | 11.4 | 9.7 | -41.5 |
| % Other | 3.6 | 4.8 | 4.4 | 1.6 | -3.1 |
| | | | | | |
| Sep Acct Fees & Charges | 466,701 | 420,129 | 329,878 | 332,833 | 122,292 |
| % Ordinary Life | 12.5 | 13.2 | 15.9 | 16.9 | 86.2 |
| % Individual Annuities | 35.0 | 32.3 | 31.4 | 32.0 | 96.1 |
| % Group Annuities | 30.8 | 32.4 | 36.5 | 38.0 | -79.9 |
| % Group Life | 7.1 | 7.6 | 8.1 | 5.9 | -18.0 |
| % Other | 14.5 | 14.4 | 8.0 | 7.2 | 15.7 |
| Fees & Chgs to Assets | 0.8 | 0.7 | 0.7 | 0.7 | 0.2 |
| | | | | | |
| Sep Acct Ben & Wdrwls | 8,267,575 | 6,242,232 | 6,174,068 | 885,926 | 617,289 |
| % Ordinary Life | 1.6 | 3.0 | 1.3 | 7.1 | 28.1 |
| % Individual Annuities | 13.8 | 15.6 | 12.4 | 25.4 | 38.1 |
| % Group Annuities | 76.5 | 72.5 | 75.8 | 54.6 | -22.5 |
| % Group Life | 7.1 | 7.3 | 8.9 | 12.9 | 56.3 |
| % Other | 1.0 | 1.5 | 1.5 | ... | ... |
| Ben & Wdrwl to Assets | 13.3 | 11.0 | 12.3 | 1.8 | 1.2 |

## ORDINARY LIFE STATISTICS

Copyright © 2006, A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
http://www.ambest.com for the latest Best's Ratings and Best's Company Reports.

40

Best's Insurance Reports - Life Health, US, 2006 Edition (2005 Annual Data, Version 2006.1)    Page 19
06704 - Metropolitan Life Insurance Company

| Year | Ord. Lapse Ratio % | Average Ord. Policy (in dollars) Issued | In Force | Avg. Prem ($/M) | 1st Yr Prem / Total Prem | 1st Yr Comm / 1st Yr Prem | Gen. Exp. / Policies In Force |
|------|------|------|------|------|------|------|------|
| 2001 | 6.5 | 202,385 | 47,983 | 12.50 | 8.8 | 27.0 | 98.39 |
| 2002 | 6.0 | 216,679 | 50,632 | 12.13 | 6.7 | 34.9 | 90.72 |
| 2003 | 6.0 | 242,943 | 53,309 | 11.73 | 6.2 | 28.0 | 102.03 |
| 2004 | 6.0 | 280,218 | 56,904 | 11.42 | 7.1 | 26.1 | 109.74 |
| 2005 | 5.2 | 293,962 | 62,147 | 10.80 | 8.1 | 28.5 | 108.87 |

| Year | # Policies Issued (000) | # Policies in Force (000) | First Year Premium (000) | Gen'l Exp/ Reserves (%) | Return on Reserves (%) |
|------|------|------|------|------|------|
| 2001 | 162 | 8,418 | 440,934 | 1.96 | 0.96 |
| 2002 | 149 | 8,111 | 331,704 | 1.69 | 0.54 |
| 2003 | 128 | 7,795 | 299,037 | 1.79 | 0.21 |
| 2004 | 131 | 7,403 | 341,436 | 1.81 | 0.29 |
| 2005 | 123 | 7,140 | 386,436 | 1.69 | -0.53 |

Note: Ordinary excludes monthly debit ordinary accounts.

## INDIVIDUAL ANNUITY STATISTICS

| Year | NPW & Dep (000) | Res & Dep Liab (000) | Exp to Res & Dep Liab (%)* | Comm & Exp to NPW & Dep (%) | Benefits & Wdrwls to NPW & Dep (%) | Benefits & Wdrwls to Res & Dep Liab (%)* |
|------|------|------|------|------|------|------|
| 2001 | 8,215,619 | 30,492,457 | 0.9 | 5.2 | 36.1 | 9.2 |
| 2002 | 10,085,493 | 31,309,701 | 0.8 | 5.3 | 28.7 | 8.7 |
| 2003 | 13,148,699 | 36,084,663 | 0.8 | 5.7 | 22.5 | 7.7 |
| 2004 | 13,588,393 | 40,029,155 | 0.9 | 6.3 | 26.2 | 8.5 |
| 2005 | 9,400,074 | 41,971,560 | 0.9 | 5.7 | 37.7 | 8.2 |

* Includes Separate Account reserves.

## GROUP ANNUITY STATISTICS

| Year | NPW & Dep (000) | Res & Dep Liab (000) | Exp to Res & Dep Liab (%)* | Comm & Exp to NPW & Dep (%) | Benefits & Wdrwls to NPW & Dep (%) | Benefits & Wdrwls to Res & Dep Liab (%)* |
|------|------|------|------|------|------|------|
| 2001 | 9,470,158 | 65,941,745 | 0.7 | 5.5 | 148.0 | 21.3 |
| 2002 | 10,238,334 | 65,464,275 | 0.4 | 2.6 | 97.9 | 15.3 |
| 2003 | 12,615,046 | 73,370,879 | 0.5 | 3.0 | 74.0 | 12.7 |
| 2004 | 12,896,591 | 80,567,107 | 0.3 | 2.6 | 74.2 | 11.9 |
| 2005 | 14,379,461 | 86,733,045 | 0.3 | 2.6 | 79.1 | 13.1 |

* Includes Separate Account reserves.

## TOTAL ANNUITY ACTUARIAL RESERVES AND DEPOSIT TYPE LIABILITIES BY WITHDRAWAL CHARACTERISTICS

Copyright © 2006, A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
http://www.ambest.com for the latest Best's Ratings and Best's Company Reports.

44

Best's Insurance Reports - Life Health, US, 2006 Edition (2005 Annual Data, Version 2006.1)
06704 - Metropolitan Life Insurance Company

Page 20

| Year | Total Annuity Res & Dep Liab (000) | Min or No Surrender Charge (%)* | With Surrender Charge 5% or more (%)* | With MVA (%)* | No Surrender Allowed (%)* |
|------|------|------|------|------|------|
| 2001 | 85,254,746 | 51.4 | 1.4 | 8.3 | 38.9 |
| 2002 | 99,619,130 | 48.3 | 1.4 | 8.3 | 42.0 |
| 2003 | 112,336,250 | 51.9 | 0.8 | 9.1 | 38.1 |
| 2004 | 123,403,968 | 43.4 | 2.3 | 9.8 | 44.5 |
| 2005 | 131,527,605 | 42.2 | 2.1 | 9.9 | 45.8 |

* Includes Separate Account reserves.

## NEW LIFE BUSINESS ISSUED
### (in thousands of dollars)

| Year | Whole Life & Endow | Term | Credit | Group | Indus- trial | Total Insurance Issued | Non-Par (%) | Par (%) |
|------|------|------|------|------|------|------|------|------|
| 2000 | 19,032,803 | 12,209,942 | ... | 115,646,839 | ... | 146,889,584 | 19 | 81 |
| 2001 | 17,165,090 | 15,560,572 | ... | 139,420,777 | ... | 172,146,439 | 16 | 84 |
| 2002 | 15,312,802 | 16,981,326 | ... | 142,969,002 | ... | 175,263,130 | 15 | 85 |
| 2003 | 12,122,610 | 18,947,316 | ... | 136,183,843 | ... | 167,253,769 | 16 | 84 |
| 2004 | 13,356,653 | 23,315,216 | ... | 136,369,952 | ... | 173,041,821 | 18 | 82 |
| 2005 | 13,463,782 | 22,568,902 | ... | 141,070,733 | ... | 177,103,417 | 18 | 82 |

## LIFE INSURANCE IN FORCE
### (in thousands of dollars)

| Year | Whole Life Endow & Adds | Term | Credit | Group | Industrial | Total Insurance In Force |
|------|------|------|------|------|------|------|
| 2000 | 279,764,391 | 117,937,604 | ... | 1,337,696,407 | 3,288,921 | 1,738,687,323 |
| 2001 | 283,629,306 | 120,297,916 | ... | 1,464,762,917 | 3,212,213 | 1,871,902,352 |
| 2002 | 284,882,998 | 125,767,976 | ... | 1,540,829,146 | 3,138,841 | 1,954,618,961 |
| 2003 | 279,228,427 | 136,344,577 | ... | 1,687,029,865 | 3,061,719 | 2,105,664,588 |
| 2004 | 274,944,039 | 146,310,216 | ... | 1,856,877,136 | 2,979,492 | 2,281,110,883 |
| 2005 | 280,637,544 | 163,075,117 | ... | 2,097,405,771 | 2,896,285 | 2,544,014,717 |

Copyright © 2006, A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
http://www.ambest.com for the latest Best's Ratings and Best's Company Reports.

43

**PROOF OF SERVICE**
*Edward Contreras v. Metropolitan Life Insurance Company, et al.*

*U.S. District Court, Northern District of California, Case No. C07- 072597 JSW*

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 1050 Battery Street, San Francisco, California 94111. On June 18, 2007, I will serve the following documents:

DECLARATION OF BENNETT COHEN IN SUPPORT OF PLAINTIFF EDWARD CONTRERAS' MOTION TO REMAND BACK TO STATE COURT

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

**FOR DEFENDANT METROPOLITAN LIFE:**
Royal Oakes, Esq.
BARGER & WOLEN
633 West Fifth Street, 47th Fl.
Los Angeles, CA  90071-2043
Tel: (213) 680-2800
Fax: (213) 614-7399
roakes@barwol.com

**(X)  (FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on June 18, 2007.

Mary M. Martin

3

Case No.:  C 072597 JSW (E-FILING)
DECLARATION OF BENNETT COHEN IN SUPPORT OF PLAINTIFF EDWARD CONTRERAS'
MOTION TO REMAND BACK TO STATE COURT

43