```
Ray Bourhis, Esq. SBN 53196
Lawrence Mann, Esq. SBN 83698
Bennett M. Cohen, Esq. SBN 90865
```
**BOURHIS & MANN**
1050 Battery Street
San Francisco, CA 94111
Tel: (415) 392-4660
Fax: (415) 421-0259

Attorneys for Plaintiff EDWARD CONTRERAS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD CONTRERAS,<br><br>        Plaintiff,<br><br>v.<br><br>METROPOLITANT LIFE INSURANCE COMPANY, THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE and DOES 1 – 20, inclusive,<br><br>        Defendants. | Case No.: C 072597 JSW (E-FILING)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND<br><br>DATE :   Friday, July 27, 2007<br>TIME :   9:00 A.M.<br>PLACE:  Courtroom 2, 17th Floor<br><br>[Filed concurrently with Plaintiff's Notice of Motion and Motion to Remand; Points & Authorities in Support Thereof; Declaration of Bennett M. Cohen in Support Thereof<br><br>TRIAL DATE: NONE SET |

On July 27, 2007, Plaintiff Edward Contreras' motion for remand came on for hearing before this Court, the Honorable Jeffrey S. White, presiding.

After considering all the papers filed in this action and oral argument, the Court find that Plaintiff has stated valid causes of action against the Commissioner of the California Department of Insurance and that joinder is proper. The Court further finds that Defendant Metropolitan Life

| | |
|---|---|
| 1 | Insurance Company has failed to establish either subject matter jurisdiction or diversity |
| 2 | jurisdiction and its notice of removal is procedurally defective. |
| 3 |     GOOD CAUSE APPEARING it is hereby order, adjudged and decreed that Plaintiff's |
| 4 | |
| 5 | motion to remand this case to State Court is granted. The Court further awards to Plaintiff costs |
| 6 | and attorney's fees in the amount of $ _____. |

Insurance Company has failed to establish either subject matter jurisdiction or diversity jurisdiction and its notice of removal is procedurally defective.

    GOOD CAUSE APPEARING it is hereby order, adjudged and decreed that Plaintiff's motion to remand this case to State Court is granted. The Court further awards to Plaintiff costs and attorney's fees in the amount of $ _____.

 

_____
Jeffrey S. White, Judge
UNITED STATES DISTRICT COURT

**PROOF OF SERVICE**
*Edward Contreras v. Metropolitan Life Insurance Company, et al.*
*U.S. District Court, Northern District of California, Case No. C07- 072597 JSW*

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 1050 Battery Street, San Francisco, California 94111. On June 18, 2007, I will serve the following documents:

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

**FOR DEFENDANT METROPOLITAN LIFE:**
Royal Oakes, Esq.
BARGER & WOLEN
633 West Fifth Street, 47th Fl.
Los Angeles, CA  90071-2043
Tel: (213) 680-2800
Fax: (213) 614-7399
roakes@barwol.com

(X) (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on June 18, 2007.

Mary M. Martin