Ray Bourhis, Esq. SBN 53196
Lawrence Mann, Esq. SBN 83698
Bennett M. Cohen, Esq. SBN 90865
**BOURHIS & MANN**
1050 Battery Street
San Francisco, CA 94111
Tel: (415) 392-4660; Fax: (415) 421-0259

Attorneys for Plaintiff EDWARD CONTRERAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD CONTRERAS, <br><br> Plaintiff, <br><br> v. <br><br> METROPOLITAN LIFE INSURANCE COMPANY, THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE; and DOES 1 through 20, inclusive <br><br> Defendants. | Case No.: C 072597 JSW **(E-FILING)** <br><br> STIPULATION AND APPLICATION FOR ORDER TO EXTEND TIME FOR FILING AND SERVING BRIEFS AND FOR RE-SETTING HEARING DATE FOR PLAINTIFF'S MOTION TO REMAND; ~~PROPOSED~~ ORDER |

On Thursday, July 5, 2007, the law offices of Bourhis & Mann, attorneys for Plaintiff Edward Contreras, contacted by phone the law offices of Barger and Wolen, attorneys for Defendant Metropolitan Life Insurance Company.

At that time, Bennett M. Cohen, Esq., on behalf of Bourhis & Mann, spoke with Michael A.S. Newman, Esq. of Barger & Wolen and requested additional time within which to file and serve Plaintiff's opposition papers to Defendant's Motion To Dismiss; the basis for Bourhis & Mann's request was that additional time was needed to prepare opposition papers.

1
Case No.: C 072597 JSW (E-FILING)
STIPULATION AND APPLICATION FOR ORDER TO EXTEND TIME FOR FILING AND SERVING
BRIEFS AND FOR RE-SETTING HEARING DATE FOR PLAINTIFF'S MOTION TO REMAND; ~~PROPOSED~~
ORDER

Barger & Wolen, through Mr. Newman, agreed to Bourhis & Mann's request for one additional week within which to file and serve opposition papers to Defendant's Motion To Dismiss. At that time, Mr. Cohen, on behalf of Bourhis & Mann, agreed to Barger and Wolen's request for one more week within which to file and serve opposition to Plaintiff's Motion To Remand.

Both Mr. Cohen and Mr. Newman agreed at that time, with the Court's permission, to re-set the hearing date on Plaintiff's Motion To Remand, currently set for July 27, 2007, to August 31, 2007, the same date on which the hearing is currently set for Defendant's aforesaid Motion To Dismiss.

Accordingly, Plaintiff Edward Contreras and Defendant Metropolitan Life Insurance Company, by and through their attorneys of record, hereby stipulate to extend the time for filing opposition papers and reply briefs and for re-setting the hearing date on Plaintiff's Motion To Remand as follows:

Defendant's opposition papers to Plaintiff's Motion To Remand shall be filed and served no later than Friday, July 13, 2007;

Plaintiff's reply brief as to the Motion To Remand shall be filed and served no later than Friday, July 20, 2007.

Plaintiff's opposition papers to Defendant's Motion to Dismiss shall be filed and served no later than Friday, July 13, 2007.

Defendant's reply brief as to its Motion To Dismiss shall be filed and served no later than July 20, 2007.

Based on the above, Plaintiff respectfully requests that the Court modify the briefing schedule and re-set the hearing on Plaintiff's Motion To Remand as requested by Plaintiff and stipulated to by the parties.

Dated: July 6, 2007

**BARGER & WOLEN**

By: Michael A.S. Newman, by mmm
Michael A.S. Newman, Esq.
Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

Dated: July 6, 2007

**BOURHIS & MANN**

By: Bennett M. Cohen
Ray Bourhis, Esq.
Lawrence Mann, Esq.
Bennett M. Cohen, Esq.
Attorneys for Plaintiff EDWARD CONTRERAS

## ORDER

GOOD CAUSE appearing, it is hereby ordered, adjudged and decreed as follows:

Defendant's opposition papers to Plaintiff's Motion To Remand shall be filed and served no later than Friday, July 13, 2007;

Plaintiff's reply brief as to the Motion To Remand shall be filed and served no later than Friday, July 20, 2007.

Plaintiff's opposition papers to Defendant's Motion to Dismiss shall be filed and served no later than Friday, July 13, 2007.

///

1  Defendant's reply brief as to its Motion To Dismiss shall be filed and served no later than
2  July 20, 2007.
3  The hearing on both the Motion to Remand and the Motion to Dismiss shall be
4  heard on August 31, 2007 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: __July 6__, 2007

_____
Jeffrey S. White
UNITED STATES DISTRICT JUDGE