Royal F. Oakes (080480), roakes@barwol.com
Michael A. S. Newman (205299), mnewman@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD CONTRERAS, | CASE NO. C 072597 JSW |
| Plaintiff, | DECLARATION OF LAURA SULLIVAN IN SUPPORT OF DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY, THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE and DOES 1 - 50, inclusive, | |
| Defendants. | |

i:\office7\7197\184\07pleadings\opp2mtn_decl_metlifecitizenv1.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

CASE NO.: C 072597 JSW
DECLARATION OF LAURA SULLIVAN IN SUPPORT OF DEFENDANT METROPOLITAN LIFE
INSURANCE COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND

# DECLARATION OF LAURA SULLIVAN

I, Laura Sullivan, declare as follows:

1. I am a Manager with MetLife Disability, a business unit of Metropolitan Life Insurance Company ("MetLife"). This declaration is submitted in support of the accompanying Opposition to Plaintiff's Motion For Remand, filed by MetLife. I am authorized to submit this Declaration as a representative of MetLife. I have personal knowledge of the matters set forth herein and, if called upon to do so, I would and could testify competently thereto.

2. MetLife is incorporated in and under the laws of New York. A substantial predominance of the corporate activity of MetLife takes place in the State of New York. Furthermore, the majority of MetLife's executive and administrative functions are performed in New York. MetLife's executive offices are in New York, and New York regulators have monitored changes to products offered by MetLife. Further, the financial condition of MetLife is monitored by the New York Department of Insurance.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed July 13, 2007 at Mount Prospect, Illinois.

/s/ _____
Laura Sullivan

-2-