Royal F. Oakes (080480), roakes@barwol.com
Michael A. S. Newman (205299), mnewman@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE
COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD CONTRERAS,<br><br>  Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE and DOES 1 - 50, inclusive,<br><br>  Defendants. | CASE NO. C 072597 JSW<br><br>DECLARATION OF CINDY BROADWATER IN SUPPORT OF DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND |

i:\office7\7197\184\07pleadings\opp2mtn4remandvdeclarationclaimsv3 footer.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

CASE NO.: C 072597 JSW
DECLARATION OF CINDY BROADWATER IN SUPPORT OF DEFENDANT METROPOLITAN LIFE
INSURANCE COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND

# DECLARATION OF CINDY BROADWATER

I, Cindy Broadwater, declare as follows:

1.  I am a Business Consultant with Metropolitan Life Insurance Company ("MetLife"). As part of my responsibilities for MetLife, I am familiar with MetLife's procedures for processing and administering claims for disability benefits, including the claim at issue herein. I am personally familiar with the manner in which MetLife maintains files and records, including those that relate to Edward Contreras' ("Contreras") claim for disability benefits. This declaration is submitted in support of the accompanying Opposition To Plaintiff's Motion For Remand, filed by MetLife. I am authorized to submit this Declaration as a representative of MetLife. I have personal knowledge of the matters set forth herein and, if called upon to do so, I would and could testify competently thereto.

2.  The documents attached hereto are kept by MetLife in the regular course of business relative to claims for benefits, and such records are made at the time of the acts, transactions, occurrences and/or events reflected in the records, or within a reasonable time thereafter, by someone with personal knowledge of such acts, transactions, occurrences and or events.

3.  Attached as Exhibit "A" is a true and correct copy of the State of California Long Term Disability Enrollment Authorization maintained in MetLife's claim file, which is signed by Contreras and states that his date of birth is "9/11/49." Personal information, such as Contreras' social security number, has been redacted from this copy.

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-
CASE NO.: C 072597 JSW
DECLARATION OF CINDY BROADWATER IN SUPPORT OF DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND

1  I declare under penalty of perjury under the laws of the United States of
2  America and the State of California that the foregoing is true and correct.

4  Executed on July 11, 2007 at Mount Prospect, Illinois.

/s/ Cindy Broadwater
CINDY BROADWATER

021104027676

**STATE OF CALIFORNIA**
**LONG TERM DISABILITY ENROLLMENT AUTHORIZATION**

**LTD**

PLEASE TYPE OR USE BALL POINT PEN, PRINT CLEARLY
SEND COMPLETED FORM TO PERSONNEL/PAYROLL OFFICE

**SECTION A** (SEE PRIVACY NOTICE ON REVERSE OF EMPLOYEE COPY)

1. TYPE OF ACTION (CHECK ONE)
   a. ☑ NEW – ENROLLING IN A PLAN FOR THE FIRST TIME (COMPLETE SECTIONS A AND B)
   b. ☐ CANCEL – CANCELLING PLAN (COMPLETE SECTIONS A AND B)
   c. ☐ CHANGE – CHANGING PLAN (COMPLETE SECTIONS A AND B)

2. SOCIAL SECURITY NUMBER: REDACTED

3. NAME IN FULL
   FIRST: Edward   MIDDLE: S.   LAST: Contreras

4. DATE OF BIRTH: 9 / 11 / 49

5. MAILING ADDRESS
   NUMBER AND STREET: P.O. Box 11
   CITY: Eldridge
   CNTY:
   STATE: CA   ZIP CODE: 95431

**SECTION B** (CHECK APPROPRIATE BOX)

1. ☑ I authorize deductions to be made from my salary to cover my share of enrollment in the Long Term Disability plan as it is now or as it may be in the future.

LTD BENEFIT OF 65%; NOT TO EXCEED A MAXIMUM BENEFIT OF $6,000 PER MONTH.

Employee group (check one box only and compute premium):

a. ☐ MISCELLANEOUS/NON-SAFETY/OASDI Employees
   ORG. CODE 111

| Your age CHECK ONE | Under 30 ☐ .0009 | 30-39 ☐ .0022 | 40-49 ☐ .0050 | 50-59 ☐ .0107 | 60+ ☐ .0145 |

PREMIUM COMPUTATION

_____ x _____ + .80 = _____
Monthly Base Salary   Factor for Your Age   Monthly LTD Premium

b. ☑ PEACE OFFICERS/FIREFIGHTERS/SAFETY/NON-OASDI Employees
   ORG. CODE 112

| Your age CHECK ONE | Under 30 ☐ .0013 | 30-39 ☐ .0031 | 40-49 ☑ .0072 | 50-59 ☐ .0154 | 60+ ☐ .0207 |

PREMIUM COMPUTATION

REDACTED x REDACTED + .80 = REDACTED
Monthly Base Salary   Factor for Your Age   Monthly LTD Premium

2. ☐ I elect to cancel the Long Term Disability plan.

3. EMPLOYEE SIGNATURE: [signature]   4. DATE SIGNED: 7-20-95

**SECTION C** (FOR AGENCY USE ONLY)

| 1. DEDUCTION CODE | 2. ORGANIZATION CODE | 3. DEDUCTION AMOUNT | 4. AGENCY NAME | 5. MO. DAY YEAR EFFECTIVE DATE |
| 075 | REDACTED | REDACTED | Sonoma Developmental Ctr | 10 / 01 / 95 |

| 6. CSID | 7. AGENCY CODE | 8. REPT. UNIT | 10. AUTHORIZED AGENCY SIGNATURE — I certify that authorization for payroll deductions signed by this employee and appointing the above-named company or organization as his/her agent is on file in this office. |
| REDACTED | | | [signature] |

9. REMARKS

TELEPHONE NUMBER (INDICATE CALNET OR GIVE AREA CODE): REDACTED

11. DATE RECEIVED IN EMPLOYING OFFICE: 7 / 20 / 95

Form GR-1151   WHITE – To Agency   YELLOW – To Dept. of Personnel Admin.   GREEN – To Employee

**EXHIBIT A**