1  Ray Bourhis, Esq. SBN 53196
2  Lawrence Mann, Esq. SBN 83698
   Bennett M. Cohen, Esq. SBN 90865
3  **BOURHIS & MANN**
   1050 Battery Street
4  San Francisco, CA 94111
   Tel: (415) 392-4660
5  Fax: (415) 421-0259

6  Attorneys for Plaintiff, EDWARD CONTRERAS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD CONTRERAS,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITANT LIFE INSURANCE COMPANY, THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE and DOES 1 – 20, inclusive,<br><br>Defendants. | Case No.: C 0721597 JSW (E-FILING)<br><br>DECLARATION OF BENNETT COHEN IN SUPPORT OF PLAINTIFF EDWARD CONTRERAS' REPLY BRIEF RE MOTION TO REMAND BACK TO STATE COURT<br><br>DATE : August 31, 2007<br>TIME : 9:00 A.M.<br>PLACE: Courtroom 2<br><br>Filed concurrently with Plaintiff's Reply Brief]<br><br>TRIAL DATE: NONE SET |

I, Bennett Cohen, hereby declare:

1.   I am one of the attorneys engaged to represent Plaintiff in the instant action. I have personal knowledge of the facts stated herein and, if called to testify I could and would so testify.

1

Case No.: C 0721597 JSW (E-FILING)
DECLARATION OF BENNETT COHEN IN SUPPORT OF PLAINTIFF EDWARD CONTRERAS' REPLY BRIEF RE MOTION TO REMAND BACK TO STATE COURT

2.   I, along with Mary Martin, secretary for Ray Bourhis, Esq., have attempted to reconstruct the pertinent history of the cases listed on pages 2 and 3 Defendant Insurer's opposition to Plaintiff's motion to remand.

3.   Based on the recollection of Ms. Martin as well as what we have been able to discern from documents relative to these cases, it appears that none of these cases ever proceeded to trial against any defendant. As best we can determine, all of the cases settled except for one which was dismissed by the court prior to trial.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of July, 2007, at San Francisco, California.

BENNETT M. COHEN

2

Case No.: C 0721597 JSW (E-FILING)
DECLARATION OF BENNETT COHEN IN SUPPORT OF PLAINTIFF EDWARD CONTRERAS' REPLY BRIEF RE MOTION TO REMAND BACK TO STATE COURT

## PROOF OF SERVICE

*Edward Contreras v. Metropolitan Life Insurance Company, The Commissioner of the California Department of Insurance, and Does 1 through 20, Inclusive U.S. District Court, Northern District of California, Case No. C07-072597 JSW*

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 1050 Battery Street, San Francisco, California 94111. On July 20, 2007, I will serve the following documents:

DECLARATION OF BENNETT COHEN IN SUPPORT OF PLAINTIFF EDWARD CONTRERAS' REPLY BRIEF RE MOTION TO REMAND BACK TO STATE COURT

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

**FOR DEFENDANT METROPOLITAN LIFE:**
Royal Oakes, Esq.
BARGER & WOLEN
633 West Fifth Street, 47th Fl.
Los Angeles, CA 90071-2043
Tel: (213) 680-2800
Fax: (213) 614-7399
roakes@barwol.com

**FOR THE CALIF. DEPT. OF INSURANCE:**
Julian Standen, Esq.
Deputy Attorney General
EDMUND G. BROWN, JR.
Attorney General of the State of California
455 Golden Gate Avenue, Suite 1100
San Francisco, CA 94102
Phone: (415) 703-1403
Fax: (415) 703-5480
**VIA U.S. MAIL**

(X) (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on July 20, 2007.

*/s/ Mary M. Martin*
Mary M. Martin

3

Case No.: C 0721597 JSW (E-FILING)
DECLARATION OF BENNETT COHEN IN SUPPORT OF PLAINTIFF EDWARD CONTRERAS' REPLY BRIEF RE MOTION TO REMAND BACK TO STATE COURT