IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD CONTRERAS,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE CO.;
COMMISSIONER OF THE CALIFORNIA
OF INSURANCE; and DOES 1-50, inclusive,

    Defendants.

No. C 07-02597 JSW

**ORDER VACATING HEARING DATE AND CASE MANAGEMENT CONFERENCE**

The Defendants' motion to remand and motion to dismiss are currently set for hearing on Friday, August 31, 2007 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and the matter is deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for August 31, 2007 is VACATED. The case management conference, also set for August 31, 2007 is VACATED and shall be reset, if necessary, by subsequent order.

**IT IS SO ORDERED.**

Dated: August 20, 2007

                                                                    JEFFREY S. WHITE
                                                                    UNITED STATES DISTRICT JUDGE